# In the United States Court of Federal Claims

No. 03-2800C
(Filed January 5, 2007)

* * * * * * * * * * * * * * * * * * * * * * *
*
**WHITE & CASE LLP,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

In order to issue a decision on the pending motions, the Court finds that it is necessary that the record be supplemented with additional declarations from Messrs. Ingalls and Scheller, or their equivalents or successors, updating the information in their prior declarations to reflect any collections activity through the end of 2006. These declarations should be accompanied by updated spreadsheets, and shall include information as to whether any entries have been closed since the previous declarations were executed. Defendant shall file these supplemental declarations on or by **January 19, 2007.**

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge