**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WHITE & CASE LLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2800C |
| | ) | (Judge Wolski) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF FILING SUPPLEMENTAL DECLARATIONS**

Pursuant to this Court's January 5, 2007 order, defendant, the United States, respectfully submits the supplemental declarations of Bruce W. Ingalls, Joseph N. Hirtz, and Yvonne L. Hagans, which update the information submitted previously to the Court concerning all collections activity arising from the United States Customs Boarder Protection and United States Customs Immigration Enforcement brake rotor investigation.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Patricia M. McCarthy

PATRICIA M. McCARTHY
Assistant Director

/s/ Michael S. Dufault

MICHAEL S. DUFAULT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., NW, 8th Floor
Washington, D.C. 20530
Phone: (202) 353-7961
Facsimile: (202) 353-7988

January 19, 2007

Attorneys for Defendant

# ATTACHMENT

**FOURTH SUPPLEMENTAL DECLARATION OF BRUCE INGALLS**

I, Bruce Ingalls, do hereby declare that:

1. This declaration supplements my previous declarations in this case.

2. I am aware of the litigation involving the moiety claim filed by White and Case. Pursuant to the Court's January 5, 2007 order, I am providing this fourth supplemental declaration with an updated collections spreadsheet (attached).

3. The Office of Finance, for which I work, processes the collection of duty bills. This spreadsheet therefore includes amounts collected as duties or interest thereon, but not any amounts collected as liquidated damages, fines, penalties or forfeitures related to the listed entries.

4. The "Paid/Closed" statement in the status column of the attached spreadsheet means that the duty bills for these entries have been paid and that the duty bill is closed. This does not mean that all liquidated damages, fines, penalties, or forfeitures have been resolved, which are matters not handled by my office.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of January 2007, at Indianapolis, Indiana.

Bruce W Ingalls

Bruce W. Ingalls

| COUNT | ENTRY NO | AMOUNT BILLED | AMOUNT PAID | Bill Number | *Bill Amount as of 4/2/04 (Prin+Int)* | *AD/CVD Amt.* | *Total Paid* | *Balance AD/CVD* | *Protest Status* | *Bill Status as of 1/12/07* |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AW301247025 | | | No Bill | | | | | | |
| 2 | AW301247074 | | | No Bill | | | | | | |
| 3 | FY400018302 | $34,606.79 | $0.00 | 43542563000 | $38,906.87 | $28,369.83 | $0.00 | $28,369.83 | Denied | Collection |
| 4 | EK807014833 (seizure) | $6,446.45 | $6,446.45 | | | | | | | |
| 5 | 47699090271 | $8,743.02 | $0.00 | No Bill | | | | | | |
| 6 | U7900219131 | $6,921.48 | $0.00 | No Bill | | | | | | |
| 7 | Unknown | | | | | | | | | |
| 8 | EK807014320 | $7,732.68 | $0.00 | 43565951000 | $8,645.76 | $6,404.00 | $0.00 | $6,404.00 | None | Cancelled-Reliquidated |
| 9 | 27401089977 | $8,590.89 | $0.00 | 43589461000 | $9,551.74 | $7,090.62 | $0.00 | $7,090.62 | None | Collection |
| 10 | U7900222044 | $6,341.16 | $0.00 | 43569590000 | $7,087.19 | $5,338.32 | $0.00 | $5,338.32 | None | Cancelled W/O |
| 11 | FS210045464 | | | No Bill | | | | | | |
| 12 | FS210046199 | | | No Bill | | | | | | |
| 13 | FS210044350 | | | No Bill | | | | | | |
| 14 | FS210045860 | | | No Bill | | | | | | |
| 15 | DO201520569 | | | No Bill | | | | | | |
| 16 | DO201526293 | | | No Bill | | | | | | |
| 17 | DO201522904 | | | No Bill | | | | | | |
| 18 | AW301253486 | | | No Bill | | | | | | |
| 19 | FS210047312 | | | No Bill | | | | | | |
| 20 | Duplicate of Count 2 | | | No Bill | | | | | | |
| 21 | 47600248919 | | | No Bill | | | | | | |
| 22 | 00207647389 | | $0.00 | No Bill | | | | | | |
| 23 | 00207637133 | | | No Bill | | | | | | |
| 24 | 00207593971 | $8,344.89 | $9,419.83 | 43396914004 | $0.00 | $6,942.90 | $9,419.83 | $0.00 | Denied | PAID/Closed |
| 25 | 00207590415 | | | No Bill | | | | | | |
| 26 | 00207585308 | | | No Bill | | | | | | |
| 27 | Letter | Linda Hackett | | | | | | | | |
| 28 | FY400007685 | $10,595.54 | $0.00 | 43331327000 | $12,663.50 | $8,927.39 | $0.00 | $8,927.39 | Denied | Collection |
| 29 | FY400002975 | $16,892.52 | $0.00 | 43325885000 | $20,208.89 | $14,220.22 | $0.00 | $14,220.22 | Denied | Collection |
| 30 | FY400005523 | $35,268.84 | $0.00 | 43331325000 | $42,152.36 | $29,556.80 | $0.00 | $29,556.80 | Denied | Collection |
| 31 | FY400018153 | $98,250.49 | $0.00 | 43546117000 | $110,394.90 | $79,754.29 | $0.00 | $79,754.29 | Denied | Collection |
| 32 | FY400018310 | $55,872.35 | $0.00 | 43546118000 | $62,778.54 | $45,353.44 | $0.00 | $45,353.44 | Denied | Collection |
| 33 | FY400005960 | $17,864.23 | $0.00 | 43331324000 | $21,350.84 | $14,990.89 | $0.00 | $14,990.89 | Denied | Collection |
| 34 | EH309193272 | $8,282.50 | $0.00 | 43546120000 | $9,306.27 | $6,782.18 | $0.00 | $6,782.18 | Denied | Collection |
| 35 | EH308170628 | $31,817.38 | $0.00 | 43331326000 | $38,027.27 | $26,326.43 | $0.00 | $26,326.43 | Denied | Collection |
| 36 | EH308161171 | $22,461.06 | $0.00 | 43334541000 | $26,819.07 | $18,285.37 | $0.00 | $18,285.37 | Denied | Collection |
| 37 | W0402239085 | $7,582.85 | $8,780.74 | 43325882002 | $6,143.65 | $6,238.08 | $8,780.74 | $0.00 | Denied | PAID/Closed |
| 38 | W0402238616 | $54,214.77 | $51,167.88 | 43325884004 | $12,212.69 | $44,600.11 | $51,167.88 | $11,869.89 | Denied | Collection |

* No Bill - indicates entry paid at port, no liquidation occured

| COUNT | ENTRY NO | AMOUNT BILLED | AMOUNT PAID | Bill Number | *Bill Amount as of 4/2/04 (Prin+Int)* | *AD/CVD Amt.* | *Total Paid* | *Balance AD/CVD* | *Protest Status* | *Bill Status as of 1/12/07* |
|---|---|---|---|---|---|---|---|---|---|---|
| 39 | W0402238608 | $15,938.15 | $0.00 | 43325887000 | $19,067.16 | $13,103.00 | $0.00 | $13,103.00 | Denied | Collection |
| 40 | W0402234276 | $29,534.59 | $0.00 | 43325886000 | $35,332.87 | $24,201.15 | $0.00 | $24,201.15 | Denied | Collection |
| 41 | W0402238145 | $12,590.75 | $14,586.28 | 43325883006 | $0.00 | $10,337.45 | $14,586.28 | $0.00 | Denied | PAID/Closed |
| 42 | W0402237196 | $15,653.88 | $0.00 | 43325889000 | $18,727.08 | $12,832.68 | $0.00 | $12,832.68 | Denied | Collection |
| 43 | W0402236370 | $26,329.26 | $0.00 | 43334534000 | $31,437.80 | $21,476.76 | $0.00 | $21,476.76 | Denied | Collection |
| 44 | W0402234821 | $24,228.96 | $0.00 | 43331323000 | $28,957.80 | $19,745.69 | $0.00 | $19,745.69 | Denied | Collection |
| 45 | W0402234839 | $26,863.94 | $0.00 | 43331329000 | $32,107.05 | $21,893.10 | $0.00 | $21,893.10 | Denied | Collection |
| 46 | W0402241602 | $31,620.99 | $0.00 | 43334542000 | $37,756.25 | $26,471.12 | $0.00 | $26,471.12 | Denied | Collection |
| 47 | W0402242469 | $59,297.53 | $0.00 | 43334538000 | $70,802.74 | $48,912.61 | $0.00 | $48,912.61 | Denied | Collection |
| 48 | Duplicate of Count 47 | | | | | | | | | ***DUPL*** |
| 49 | EH309185633 | $55,970.23 | $0.00 | 43542571000 | $62,924.84 | $44,986.95 | $0.00 | $44,986.95 | Denied | Collection |
| 50 | FY400011885 | $73,432.33 | $0.00 | 43542567000 | $82,556.70 | $59,359.66 | $0.00 | $59,359.66 | Denied | Collection |
| 51 | FY400012107 | $15,793.82 | $0.00 | 43542566000 | $17,756.29 | $12,769.87 | $0.00 | $12,769.87 | Denied | Collection |
| 52 | FY400014079 | $17,851.39 | $0.00 | 43542565000 | $20,069.52 | $14,500.07 | $0.00 | $14,500.07 | Denied | Collection |
| 53 | FY400016736 | $14,649.29 | $0.00 | 43542573000 | $16,469.54 | $11,972.35 | $0.00 | $11,972.35 | Denied | Collection |
| 54 | EH309187993 | $26,235.16 | $0.00 | 43542569000 | $29,495.02 | $21,212.07 | $0.00 | $21,212.07 | Denied | Collection |
| 55 | FY400004328 | $16,699.05 | $0.00 | 43325888000 | $19,977.44 | $14,103.26 | $0.00 | $14,103.26 | Denied | Collection |
| 56 | EH309178919 | $25,940.85 | $0.00 | 43334539000 | $30,974.02 | $21,862.30 | $0.00 | $21,862.30 | Denied | Collection |
| 57 | EH309180279 | $37,944.54 | $0.00 | 43334540000 | $45,306.73 | $30,524.57 | $0.00 | $30,524.57 | Denied | Collection |
| 58 | EH309191714 | $7,001.46 | $0.00 | 43542568000 | $7,871.43 | $5,719.54 | $0.00 | $5,719.54 | Denied | Collection |
| 59 | Duplicate of Count 58 | | | | | | | | | |
| 60 | EH309182580 | $26,968.78 | $0.00 | 43334532000 | $32,201.40 | $22,877.29 | $0.00 | $22,877.29 | Denied | Collection |
| 61 | EH309178810 | $51,889.09 | $50,000.00 | 43334533002 | $10,321.05 | $1,827.43 | $0.00 | $1,827.43 | Denied | Collection |
| 62 | EK807014338 | $7,070.45 | $0.00 | 43565950000 | $7,905.33 | $5,855.56 | $0.00 | $5,855.56 | Suspended | Cancelled Relquidated |
| 63 | EK807013405 | $9,773.54 | $0.00 | 43565952000 | $10,927.60 | $8,035.86 | $0.00 | $8,035.86 | Suspended | Cancelled Relquidated |
| 64 | U7900219933 | $7,969.02 | $0.00 | No Bill | | | | | | |
| 65 | 47603936692 | $4,859.11 | $0.00 | No Bill | | | | | | |
| 66 | U7900219131 | $6,921.48 | $0.00 | No Bill | | | | | | |
| 67 | AW301217804 | | | No Bill | | | | | | |
| 68 | 52100255885 | | | No Bill | | | | | | |
| 69 | 52100257063 | | | No Bill | | | | | | |
| 70 | DO201535831 | | | No Bill | | | | | | |
| 71 | DO201535849 | | | No Bill | | | | | | |
| 72 | DO201535468 | | | No Bill | | | | | | |
| 73 | DO201532127 | | | No Bill | | | | | | |
| 74 | 32309993072 | | | No Bill | | | | | | |
| 75 | 32309991753 | | | No Bill | | | | | | |
| 76 | 00480094853 | $7,711.25 | $0.00 | 43599905000 | $8,539.07 | $6,243.71 | $0.00 | $6,243.71 | None | Collection |
| 77 | 27940240966 | | | No Bill | | | | | | |

* No Bill - indicates entry paid at port, no liquidation occured

| COUNT | ENTRY NO | AMOUNT BILLED | AMOUNT PAID | Bill Number | *Bill Amount as of 4/2/04 (Prin+Int)* | *AD/CVD Amt.* | *Total Paid* | *Balance AD/CVD* | *Protest Status* | *Bill Status as of 1/12/07* |
|---|---|---|---|---|---|---|---|---|---|---|
| 78 | 27940241766 | | | No Bill | | | | | | |
| 79 | DO201488411 | | | No Bill | | | | | | |
| 80 | DO201488437 | | | No Bill | | | | | | |
| 81 | DO201489310 | | | No Bill | | | | | | |
| 82 | AL840104403 | | | No Bill | | | | | | |
| 83 | 27401043503 | $49,727.51 | $0.00 | 43589412000 | $55,289.30 | $39,750.87 | $0.00 | $39,750.87 | Pending | Collection |
| 84 | FY400016744 | $31,568.29 | $0.00 | 43542564000 | $35,490.82 | $25,799.66 | $0.00 | $25,799.66 | Denied | Collection |
| 85 | EK807010062 | $7,463.42 | $0.00 | 43565955000 | $8,344.70 | $5,988.99 | $0.00 | $5,988.99 | None | Cancelled W/O |
| 86 | EK807009296 | $14,840.85 | $15,893.18 | 43368447000 | $79.35 | $12,548.94 | $15,893.18 | $0.00 | None | Cancelled-Other |
| 87 | EK807009916 | $9,772.20 | $0.00 | 43565964000 | $10,926.10 | $7,827.92 | $0.00 | $7,827.92 | None | Cancelled W/O |
| 88 | EK807009643 | $9,021.01 | $0.00 | 43577848000 | $10,041.58 | $7,190.25 | $0.00 | $7,190.25 | None | Cancelled W/O |
| 89 | EK807009650 | $8,117.61 | $0.00 | 43574065000 | $9,069.14 | $6,477.64 | $0.00 | $6,477.64 | None | Cancelled W/O |
| 90 | EK807009544 | $8,386.02 | $0.00 | 43577850000 | $9,334.75 | $6,673.88 | $0.00 | $6,673.88 | None | Cancelled W/O |
| 91 | EK807011680 | $12,170.17 | $0.00 | 43565956000 | $13,607.23 | $9,882.16 | $0.00 | $9,882.16 | None | Cancelled W/O |
| 92 | 47603936189 | $5,454.58 | $0.00 | 43565963000 | $6,098.66 | $4,407.81 | $0.00 | $4,407.81 | None | Cancelled W/O |
| 93 | EK807011672 | $5,901.03 | $0.00 | 43565958000 | $6,597.83 | $4,791.63 | $0.00 | $4,791.63 | None | Cancelled W/O |
| 94 | 47603936320 | $4,341.39 | $4,384.42 | 43560691002 | $23.88 | $0.00 | $0.00 | $0.00 | None | Cancelled W/O |
| 95 | 47603936643 | $5,335.11 | $5,387.99 | 43560692002 | $29.35 | $0.00 | $0.00 | $0.00 | None | Cancelled W/O |
| 96 | 47603936304 | $4,660.59 | $4,706.78 | 43560690002 | $25.65 | $0.00 | $0.00 | $0.00 | None | Cancelled W/O |
| 97 | 47603935686 | $7,248.09 | $0.00 | 43565961000 | $8,103.95 | $5,798.38 | $0.00 | $5,798.38 | None | Cancelled W/O |
| 98 | 47603935561 | $7,748.78 | $7,825.58 | 43560689002 | $42.63 | $6,195.19 | $7,825.58 | $0.00 | None | Cancelled W/O |
| 99 | REQUEST FOR | ACCOUNTING | | | | | | | | |
| | | | | | | | | | | |
| | TOTALS | $1,295,325.43 | $178,599.13 | | $1,276,839.19 | $973,338.24 | $107,673.49 | $898,345.46 | | |

* No Bill - indicates entry paid at port, no liquidation occured

# DECLARATION OF JOSEPH N. HIRTZ

I, Joseph Hirtz, do hereby declare that:

1. I am currently employed as the National Antidumping and Countervailing Duty Program Manager of the Commercial Fraud and Intellectual Property Rights Unit, Office of Investigations, U.S. Immigration and Customs Enforcement (ICE) in Washington, D.C. I have been employed as a Special Agent/Criminal Investigator with ICE and legacy U.S. Customs Service for approximately 20.3 years

2. I am responsible for overseeing ICE field investigations relating to allegations involving evasion of U.S. Commerce Antidumping and Countervailing Duty orders.

3. I am aware of the litigation involving the moiety claim filed by White and Case from information I have received during the performance of my official duties.

4. The attached spreadsheet contains all of the case numbers, as redacted, listed in the complaint, to the best of my knowledge and belief.

5. To the best of my knowledge and belief, as evidenced in the attached spreadsheet, there have been no criminal complaints or plea agreements that have resulted in forfeiture of funds or collection of fines related to anti-dumping cases involving brake rotors or other automotive parts. At this time the investigation of antidumping violations from China by ICE remains an ongoing enforcement action.

6. I am aware of the M&T Progressions, USCIT No. 04-00382, 19 U.S.C. § 1592 action, ICE Case "CC" on the attached spreadsheet, which remains pending and has not yet resulted in the collection of any lost duties and penalties.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of January 2007, in Washington, D.C.

[signature]
Joseph N. Hirtz

| Case | DATE INITIATED | STATUS | MONEY COLLECTED |
|---|---|---|---|
| A | **11000** | **CLOSED** | **0** |
| B | 80900 | CLOSED | 0 |
| C | 41201 | CLOSED | 0 |
| D | 41700 | CLOSED | 0 |
| E | 13100 | CLOSED | 0 |
| F | 31097 | CLOSED | 0 |
| G | 20700 | CLOSED | |
| H | 53001 | CLOSED | 0 |
| I | 41100 | CLOSED | 0 |
| J | 32602 | CLOSED | 0 |
| K | 50300 | CLOSED | 0 |
| L | 32601 | CLOSED | 0 |
| M | 31202 | CLOSED | 0 |
| N | 20501 | CLOSED | 0 |
| O | 31500 | CLOSED | 0 |
| P | 51200 | CLOSED | 0 |
| Q | 42998 | CLOSED | 0 |
| R | 112100 | CLOSED | 0 |
| S | 11300 | CLOSED | 0 |
| T | 120199 | CLOSED | |
| U | 32700 | CLOSED | 0 |
| V | 32700 | CLOSED | 0 |
| W | 32700 | CLOSED | 0 |
| X | 40400 | CLOSED | 0 |
| Y | 82401 | CLOSED | 0 |
| Z | 72597 | CLOSED | 0 |
| AA | **20200** | **CLOSED 1/26/06** | **0** |
| BB | **12800** | **PENDING** | **PENDING** |
| CC | **102699** | **PENDING** | **PENDING** |
| DD | **71200** | **PENDING** | **0** |
| EE | **41800** | **PENDING** | **PENDING** |
| FF | **72497** | **PENDING** | **0** |
| GG | **31302** | **PENDING** | **PENDING** |

**DECLARATION OF YVONNE HAGANS**

I, Yvonne Hagans, do hereby declare that:

1. I am employed as the Acting Director of the Fines and Penalties Division, Commercial Targeting and Enforcement, Office of International Trade, with U.S. Customs and Border Protection (CBP) in Washington, D.C. I have been employed with CBP for approximately seventeen years.

2. I am aware of the litigation involving the moiety claim filed by White and Case. I have read Ricardo Scheller's declaration of July 11, 2006, and am familiar with its contents.

3. The attached spreadsheet contains all of the entry numbers listed in the complaint, to the best of my knowledge and belief.

4. My staff researched each of these entries using our electronic data warehouse that allows CBP to track any fine, penalty, forfeiture and liquidated damage cases related to specific entries.

5. There have been no additional fine, penalty, forfeiture or liquidated damages cases regarding the entries listed. As was stated in Mr. Scheller's affidavit, entry number 27970240966 (FP&F case number 2004450320005501, paragraph 77 of the complaint), and entry number 27940241766 (FP&F case number 2000450320005601, paragraph 78 of the complaint), had liquidated damages cases, a combined amount of $200.00 was paid, and the cases were closed.

6. CBP has up to six years from the date liquidated damages are due to pursue a claim for liquidated damages. The latest date of liquidation for the referenced entries is 10/24/03, which means the last statute of limitations to file an action for liquidated damages will run in 2009 unless a statute of limitations waiver is obtained from the importer.

7. To the best of my knowledge and belief, the ports have not yet made a final decision to pursue or decline any fines, penalties, forfeitures, liquidated damages other cases.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19 day of January 2007, in Washington, D.C.

Yvonne Hagans

| COUNT | ENTRY NO | LIQUIDATION DATE | PENALTY | FINE | FORFEITURE | OTHER ACTION |
|---|---|---|---|---|---|---|
| 1 | AW301247025 | 12/28/2001 | | | | |
| 2 | AW301247074 | 3/2/2001 | | | | |
| 3 | FY400018302 | 12/21/2001 | | | | |
| 4 | EK807014833 (seizure) | 1/25/2002 | | | | |
| 5 | 47699090271 | 5/9/2003 | | | | |
| 6 | U7900219131 | 7/7/2003 | | | | |
| 7 | Unknown | | | | | |
| 8 | EK807014320 | 1/25/2002 | | | | |
| 9 | 27401089977 | 3/8/2002 | | | | |
| 10 | U7900222044 | 2/1/2002 | | | | |
| 11 | FS210045464 | 3/2/2001 | | | | |
| 12 | FS210046199 | 3/2/2001 | | | | |
| 13 | FS210044360 | 3/2/2001 | | | | |
| 14 | FS210045860 | 3/2/2001 | | | | |
| 15 | DO201520569 | 3/2/2001 | | | | |
| 16 | DO201526293 | 3/2/2001 | | | | |
| 17 | DO201522904 | 3/2/2001 | | | | |
| 18 | AW301253486 | 3/2/2001 | | | | |
| 19 | FS210047312 | 3/2/2001 | | | | |
| 20 | Duplicate of Count 2 | | | | | |
| 21 | 47600248919 | 3/16/2001 | | | | |
| 22 | 00207647389 | 9/12/2003 | | | | |
| 23 | 00207637133 | 8/1/2003 | | | | |
| 24 | 00207593971 | 6/1/2001 | | | | |
| 25 | 00207590415 | 1/14/2000 | | | | |
| 26 | 00207585308 | 1/3/2000 | | | | |
| 27 | Letter | | | | | |
| 28 | FY400007685 | 3/2/2001 | | | | |
| 29 | FY400002975 | 2/23/2001 | | | | |
| 30 | FY400005523 | 3/2/2001 | | | | |
| 31 | FY400018153 | 12/28/2001 | | | | |
| 32 | FY400018310 | 12/28/2001 | | | | |
| 33 | FY400005960 | 3/2/2001 | | | | |
| 34 | EH309193272 | 12/28/2001 | | | | |
| 35 | EH308170628 | 3/2/2001 | | | | |
| 36 | EH308161171 | 3/9/2001 | | | | |
| 37 | W0402239085 | 2/23/2001 | | | | |
| 38 | W0402238616 | 2/23/2001 | | | | |
| 39 | W0402238608 | 2/23/2001 | | | | |
| 40 | W0402234278 | 2/23/2001 | | | | |
| 41 | W0402238145 | 2/23/2001 | | | | |
| 42 | W0402237196 | 2/23/2001 | | | | |
| 43 | W0402238370 | 3/9/2001 | | | | |
| 44 | W0402234821 | 3/2/2001 | | | | |
| 45 | W0402234839 | 3/2/2001 | | | | |
| 46 | W0402241602 | 3/9/2001 | | | | |
| 47 | W0402242469 | 3/9/2001 | | | | |
| 48 | Duplicate of Count 47 | | | | | |
| 49 | EH309185633 | 12/21/2001 | | | | |
| 50 | FY400011865 | 12/21/2001 | | | | |

| | | |
|---|---|---|
| 51 | FY400012107 | 12/21/2001 |
| 52 | FY400014079 | 12/21/2001 |
| 53 | FY400016736 | 12/21/2001 |
| 54 | EH309187993 | 12/21/2001 |
| 55 | FY400004328 | 2/23/2001 |
| 56 | EH309178919 | 3/9/2001 |
| 57 | EH309180279 | 3/9/2001 |
| 58 | EH309191714 | 12/21/2001 |
| 59 | Duplicate of Count 58 | |
| 60 | EH309182580 | 3/9/2001 |
| 61 | EH309178810 | 3/9/2001 |
| 62 | EK807014338 | 1/25/2002 |
| 63 | EK807013405 | 1/25/2002 |
| 64 | U7900219833 | 7/7/2003 |
| 65 | 47603936692 | 5/9/2003 |
| 66 | U7900219131 | 7/7/2003 |
| 67 | AW301217804 | 10/8/1999 |
| 68 | 52100255885 | 10/24/2003 |
| 69 | 52100257063 | 10/24/2003 |
| 70 | DO201536831 | 3/2/2001 |
| 71 | DO201535849 | 3/2/2001 |
| 72 | DO201535408 | 3/2/2001 |
| 73 | DO201532127 | 3/2/2001 |
| 74 | 32309993072 | 10/19/2001 |
| 75 | 32309991753 | 11/2/2001 |
| 76 | 00480094853 | 3/22/2002 |
| 77 | 27940240066 | 12/21/2001 |
| 78 | 27940241766 | 12/21/2001 |
| 79 | DO201488411 | 3/31/2000 |
| 80 | DO201488437 | 4/7/2000 |
| 81 | DO201489310 | 3/31/2000 |
| 82 | AL840104403 | 3/17/2000 |
| 83 | 27401043503 | 3/8/2002 |
| 84 | FY400016744 | 12/21/2001 |
| 85 | EK807010062 | 1/25/2002 |
| 86 | EK807009298 | 4/20/2001 |
| 87 | EK807009916 | 1/25/2002 |
| 88 | EK807009643 | 2/15/2002 |
| 89 | EK807009650 | 2/8/2002 |
| 90 | EK807009544 | 2/15/2002 |
| 91 | EK807011880 | 1/25/2002 |
| 92 | 47603936189 | 1/25/2002 |
| 93 | EK807011672 | 1/25/2002 |
| 94 | 47603936320 | 1/18/2002 |
| 95 | 47603936643 | 1/18/2002 |
| 96 | 47603936304 | 1/18/2002 |
| 97 | 47603935686 | 1/25/2002 |
| 98 | 47603935561 | 1/18/2002 |
| 99 | REQUEST FOR | ACCOUNTING |
| | TOTALS | |

CERTIFICATE OF FILING

I hereby certify that on January 19, 2007, a copy of foregoing "NOTICE OF FILING SUPPLEMENTAL DECLARATIONS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Michael S. Dufault