# In the United States Court of Federal Claims

No. 03-2800C
(Filed January 22, 2008)

* * * * * * * * * * * * * * * * * * * * * * *

**WHITE & CASE LLP,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

In order to issue a decision on the pending motions, the Court finds that it is necessary that the record be supplemented with additional declarations from Messrs. Ingalls and Hirtz and Ms. Hagans, or their equivalents or successors, updating the prior declarations to reflect any collections activity in the United States Customs brake rotor investigation through the date of this order. These declarations should be accompanied by spreadsheets, and shall specify whether any entries have been closed since the previous declarations were executed. Defendant shall file these supplemental declarations on or by **February 5, 2008**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge