IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WHITE & CASE, LLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 03-2800C |
| | ) | (Judge Wolski) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING SUPPLEMENTAL DECLARATIONS**

Pursuant to the Court's January 22, 2008 Order, the United States hereby files the declarations of Messrs. Ingalls and Hirtz and Ms. Hagans.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

s/Sean M. Dunn
SEAN DUNN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 616-0883
Fax: (202) 353-7988

Attorneys for Defendant

February 4, 2007

# FIFTH SUPPLEMENTAL DECLARATION OF BRUCE INGALLS

I, Bruce Ingalls, do hereby declare that:

1. This declaration supplements my previous declarations in this case.

2. I am aware of the litigation involving the moiety claim filed by White and Case. Pursuant to the Court's January 22, 2008 order, I am providing this fifth supplemental declaration with an updated collections spreadsheet (attached).

3. The Office of Finance, for which I work, processes the collection of duty bills. This spreadsheet therefore includes amounts collected as duties or interest thereon, but not any amounts collected as liquidated damages, fines, penalties or forfeitures related to the listed entries.

4. The "Paid/Closed" statement in the status column of the attached spreadsheet means that the duty bills for these entries have been paid and that the duty bill is closed. This does not mean that all liquidated damages, fines, penalties, or forfeitures have been resolved, which are matters not handled by my office.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of January 2008, at Indianapolis, Indiana.

Bruce W. Ingalls

| COUNT | ENTRY NO | AMOUNT BILLED | AMOUNT PAID | Bill Number | *Bill Amount as of 4/2/04 (Prin+Int)* | *AD/CVD Amt.* | *Total Paid* | *Balance AD/CVD* | *Protest Status* | *Bill Status as of 1/25/08* |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AW301247025 | | | No Bill | | | | | | |
| 2 | AW301247074 | | | No Bill | | | | | | |
| 3 | FY400018302 | $34,606.79 | $0.00 | 43542563000 | $38,906.87 | $28,369.83 | $0.00 | $28,369.83 | Denied | Cancelled W/O |
| 4 | EK807014833 (seizure) | $6,446.45 | $6,446.45 | | | | | | | |
| 5 | 47699090271 | | | No Bill | | | | | | |
| 6 | U7900219131 | | | No Bill | | | | | | |
| 7 | Unknown | | | | | | | | | |
| 8 | EK807014320 | $7,732.68 | $0.00 | 43565951000 | $8,645.76 | $6,404.00 | $0.00 | $6,404.00 | None | Cancelled-Reliquidated |
| 9 | 27401089977 | $8,590.89 | $0.00 | 43589461000 | $9,551.74 | $7,090.62 | $0.00 | $7,090.62 | None | Cancelled W/O |
| 10 | U7900222044 | $6,341.16 | $0.00 | 43569590000 | $7,087.19 | $5,338.32 | $0.00 | $5,338.32 | None | Cancelled W/O |
| 11 | FS210045464 | | | No Bill | | | | | | |
| 12 | FS210046199 | | | No Bill | | | | | | |
| 13 | FS210044350 | | | No Bill | | | | | | |
| 14 | FS210045860 | | | No Bill | | | | | | |
| 15 | DO201520569 | | | No Bill | | | | | | |
| 16 | DO201526293 | | | No Bill | | | | | | |
| 17 | DO201522904 | | | No Bill | | | | | | |
| 18 | AW301253486 | | | No Bill | | | | | | |
| 19 | FS210047312 | | | No Bill | | | | | | |
| 20 | Duplicate of Count 2 | | | No Bill | | | | | | |
| 21 | 47600248919 | | | No Bill | | | | | | |
| 22 | 00207647389 | | | No Bill | | | | | | |
| 23 | 00207637133 | | | No Bill | | | | | | |
| 24 | 00207593971 | $9,419.83 | $9,419.83 | 43396914004 | $0.00 | $8,344.89 | $9,419.83 | $0.00 | Denied | PAID/Closed |
| 25 | 00207590415 | | | No Bill | | | | | | |
| 26 | 00207585308 | | | No Bill | | | | | | |
| 27 | Letter | Linda Hackett | | | | | | | | |
| 28 | FY400007685 | $10,595.54 | $0.00 | 43331327000 | $12,663.50 | $10,595.54 | $0.00 | $10,595.54 | Denied | Cancelled W/O |
| 29 | FY400002975 | $16,892.52 | $0.00 | 43325885000 | $20,208.89 | $14,220.22 | $0.00 | $14,220.22 | Denied | Cancelled W/O |
| 30 | FY400005523 | $35,268.84 | $0.00 | 43331325000 | $42,152.36 | $29,556.80 | $0.00 | $29,556.80 | Denied | Cancelled W/O |
| 31 | FY400018153 | $98,250.49 | $0.00 | 43546117000 | $110,394.90 | $79,754.29 | $0.00 | $79,754.29 | Denied | Cancelled W/O |
| 32 | FY400018310 | $55,872.35 | $0.00 | 43546118000 | $62,778.54 | $45,353.44 | $0.00 | $45,353.44 | Denied | Cancelled W/O |
| 33 | FY400005960 | $17,864.23 | $0.00 | 43331324000 | $21,350.84 | $14,990.89 | $0.00 | $14,990.89 | Denied | Cancelled W/O |
| 34 | EH309193272 | $8,282.50 | $0.00 | 43546120000 | $9,306.27 | $6,782.18 | $0.00 | $6,782.18 | Denied | Cancelled W/O |
| 35 | EH308170628 | $31,817.38 | $0.00 | 43331326000 | $38,027.27 | $26,326.43 | $0.00 | $26,326.43 | Denied | Cancelled W/O |
| 36 | EH308161171 | $22,461.06 | $0.00 | 43334541000 | $26,819.07 | $18,285.37 | $0.00 | $18,285.37 | Denied | Cancelled W/O |
| 37 | W0402239085 | $8,780.74 | $8,780.74 | 43325882002 | $6,143.65 | $7,582.85 | $8,780.74 | $0.00 | Denied | PAID/Closed |
| 38 | W0402238616 | $54,214.77 | $51,167.88 | 43325884004 | $12,212.69 | $44,600.11 | $51,167.88 | $11,869.89 | Denied | Cancelled W/O |

* No Bill - indicates entry paid at port, no liquidation occured

| COUNT | ENTRY NO | AMOUNT BILLED | AMOUNT PAID | Bill Number | *Bill Amount as of 4/2/04 (Prin+Int)* | *AD/CVD Amt.* | *Total Paid* | *Balance AD/CVD* | *Protest Status* | *Bill Status as of 1/25/08* |
|---|---|---|---|---|---|---|---|---|---|---|
| 39 | W0402238608 | $15,938.15 | $0.00 | 43325887000 | $19,067.16 | $13,103.00 | $0.00 | $13,103.00 | Denied | Cancelled W/O |
| 40 | W0402234276 | $29,534.59 | $0.00 | 43325886000 | $35,332.87 | $24,201.15 | $0.00 | $24,201.15 | Denied | Cancelled W/O |
| 41 | W0402238145 | $12,590.75 | $14,586.28 | 43325883006 | $0.00 | $10,337.45 | $14,586.28 | $0.00 | Denied | PAID/Closed |
| 42 | W0402237196 | $15,653.88 | $0.00 | 43325889000 | $18,727.08 | $12,832.68 | $0.00 | $12,832.68 | Denied | Cancelled W/O |
| 43 | W0402236370 | $26,329.26 | $0.00 | 43334534000 | $31,437.80 | $21,476.76 | $0.00 | $21,476.76 | Denied | Cancelled W/O |
| 44 | W0402234821 | $24,228.96 | $0.00 | 43331323000 | $28,957.80 | $19,745.69 | $0.00 | $19,745.69 | Denied | Cancelled W/O |
| 45 | W0402234839 | $26,863.94 | $0.00 | 43331329000 | $32,107.05 | $21,893.10 | $0.00 | $21,893.10 | Denied | Cancelled W/O |
| 46 | W0402241602 | $31,620.99 | $0.00 | 43334542000 | $37,756.25 | $26,471.12 | $0.00 | $26,471.12 | Denied | Cancelled W/O |
| 47 | W0402242469 | $59,297.53 | $0.00 | 43334538000 | $70,802.74 | $48,912.61 | $0.00 | $48,912.61 | Denied | Cancelled W/O |
| 48 | Duplicate of Count 47 | | | | | | | | | ***DUPL*** |
| 49 | EH309185633 | $55,970.23 | $0.00 | 43542571000 | $62,924.84 | $44,986.95 | $0.00 | $44,986.95 | Denied | Cancelled W/O |
| 50 | FY400011885 | $73,432.33 | $0.00 | 43542567000 | $82,556.70 | $59,359.66 | $0.00 | $59,359.66 | Denied | Cancelled W/O |
| 51 | FY400012107 | $15,793.82 | $0.00 | 43542566000 | $17,756.29 | $12,769.87 | $0.00 | $12,769.87 | Denied | Cancelled W/O |
| 52 | FY400014079 | $17,851.39 | $0.00 | 43542565000 | $20,069.52 | $14,500.07 | $0.00 | $14,500.07 | Denied | Cancelled W/O |
| 53 | FY400016736 | $14,649.29 | $0.00 | 43542573000 | $16,469.54 | $11,972.35 | $0.00 | $11,972.35 | Denied | Cancelled W/O |
| 54 | EH309187993 | $26,235.16 | $0.00 | 43542569000 | $29,495.02 | $21,212.07 | $0.00 | $21,212.07 | Denied | Cancelled W/O |
| 55 | FY400004328 | $16,699.05 | $0.00 | 43325888000 | $19,977.44 | $14,103.26 | $0.00 | $14,103.26 | Denied | Cancelled W/O |
| 56 | EH309178919 | $25,940.85 | $0.00 | 43334539000 | $30,974.02 | $21,862.30 | $0.00 | $21,862.30 | Denied | Cancelled W/O |
| 57 | EH309180279 | $37,944.54 | $0.00 | 43334540000 | $45,306.73 | $30,524.57 | $0.00 | $30,524.57 | Denied | Cancelled W/O |
| 58 | EH309191714 | $7,001.46 | $0.00 | 43542568000 | $7,871.43 | $5,719.54 | $0.00 | $5,719.54 | Denied | Cancelled W/O |
| 59 | Duplicate of Count 58 | | | | | | | | | |
| 60 | EH309182580 | $26,968.78 | $0.00 | 43334532000 | $32,201.40 | $22,877.29 | $0.00 | $22,877.29 | Denied | Cancelled W/O |
| 61 | EH309178810 | $51,889.09 | $50,000.00 | 43334533002 | $10,321.05 | $1,827.43 | $0.00 | $1,827.43 | Denied | Cancelled W/O |
| 62 | EK807014338 | $7,070.45 | $0.00 | 43565950000 | $7,905.33 | $5,855.56 | $0.00 | $5,855.56 | Suspended | Cancelled Relquidated |
| 63 | EK807013405 | $9,773.54 | $0.00 | 43565952000 | $10,927.60 | $8,035.86 | $0.00 | $8,035.86 | Suspended | Cancelled Relquidated |
| 64 | U7900219933 | | | No Bill | | | | | | |
| 65 | 47603936692 | | | No Bill | | | | | | |
| 66 | U7900219131 | | | No Bill | | | | | | |
| 67 | AW301217804 | | | No Bill | | | | | | |
| 68 | 52100255885 | | | No Bill | | | | | | |
| 69 | 52100257063 | | | No Bill | | | | | | |
| 70 | DO201535831 | | | No Bill | | | | | | |
| 71 | DO201535849 | | | No Bill | | | | | | |
| 72 | DO201535468 | | | No Bill | | | | | | |
| 73 | DO201532127 | | | No Bill | | | | | | |
| 74 | 32309993072 | | | No Bill | | | | | | |
| 75 | 32309991753 | | | No Bill | | | | | | |
| 76 | 00480094853 | $7,711.25 | $0.00 | 43599905000 | $8,539.07 | $6,243.71 | $0.00 | $6,243.71 | None | Cancelled W/O |
| 77 | 27940240966 | | | No Bill | | | | | | |

* No Bill - indicates entry paid at port, no liquidation occured

| COUNT | ENTRY NO | AMOUNT BILLED | AMOUNT PAID | Bill Number | *Bill Amount as of 4/2/04 (Prin+Int)* | *AD/CVD Amt.* | *Total Paid* | *Balance AD/CVD* | *Protest Status* | *Bill Status as of 1/25/08* |
|---|---|---|---|---|---|---|---|---|---|---|
| 78 | 27940241766 | | | No Bill | | | | | | |
| 79 | DO201488411 | | | No Bill | | | | | | |
| 80 | DO201488437 | | | No Bill | | | | | | |
| 81 | DO201489310 | | | No Bill | | | | | | |
| 82 | AL840104403 | | | No Bill | | | | | | |
| 83 | 27401043503 | $71,108.60 | $0.00 | 43589412000 | $55,289.30 | $49,727.51 | $0.00 | $49,727.51 | Denied | Collection |
| 84 | FY400016744 | $31,568.29 | $0.00 | 43542564000 | $35,490.82 | $25,799.66 | $0.00 | $25,799.66 | Denied | Collection |
| 85 | EK807010062 | $7,463.42 | $0.00 | 43565955000 | $8,344.70 | $5,988.99 | $0.00 | $5,988.99 | None | Cancelled W/O |
| 86 | EK807009296 | $14,840.85 | $15,893.18 | 43368447000 | $79.35 | $12,548.94 | $15,893.18 | $0.00 | None | Balance Cancelled |
| 87 | EK807009916 | $9,772.20 | $0.00 | 43565964000 | $10,926.10 | $7,827.92 | $0.00 | $7,827.92 | None | Cancelled W/O |
| 88 | EK807009643 | $9,021.01 | $0.00 | 43577848000 | $10,041.58 | $7,190.25 | $0.00 | $7,190.25 | None | Cancelled W/O |
| 89 | EK807009650 | $8,117.61 | $0.00 | 43574065000 | $9,069.14 | $6,477.64 | $0.00 | $6,477.64 | None | Cancelled W/O |
| 90 | EK807009544 | $8,386.02 | $0.00 | 43577850000 | $9,334.75 | $6,673.88 | $0.00 | $6,673.88 | None | Cancelled W/O |
| 91 | EK807011680 | $12,170.17 | $0.00 | 43565956000 | $13,607.23 | $9,882.16 | $0.00 | $9,882.16 | None | Cancelled W/O |
| 92 | 47603936189 | $5,454.58 | $0.00 | 43565963000 | $6,098.66 | $4,407.81 | $0.00 | $4,407.81 | None | Cancelled W/O |
| 93 | EK807011672 | $5,901.03 | $0.00 | 43565958000 | $6,597.83 | $4,791.63 | $0.00 | $4,791.63 | None | Cancelled W/O |
| 94 | 47603936320 | $4,341.39 | $4,384.42 | 43560691002 | $23.88 | $0.00 | $0.00 | $0.00 | None | Cancelled W/O |
| 95 | 47603936643 | $5,335.11 | $5,387.99 | 43560692002 | $29.35 | $0.00 | $0.00 | $0.00 | None | Cancelled W/O |
| 96 | 47603936304 | $4,660.59 | $4,706.78 | 43560690002 | $25.65 | $0.00 | $0.00 | $0.00 | None | Cancelled W/O |
| 97 | 47603935686 | $7,248.09 | $0.00 | 43565961000 | $8,103.95 | $5,798.38 | $0.00 | $5,798.38 | None | Cancelled W/O |
| 98 | 47603935561 | $7,748.78 | $7,825.58 | 43560689002 | $42.63 | $6,195.19 | $7,825.58 | $0.00 | None | Cancelled W/O |
| 99 | REQUEST FOR | ACCOUNTING | | | | | | | | |
| | | | | | | | | | | |
| | TOTALS | $1,283,565.24 | $178,599.13 | | $1,276,839.19 | $987,729.79 | $107,673.49 | $909,990.25 | | |

* No Bill - indicates entry paid at port, no liquidation occured

# SECOND SUPPLEMENTAL DECLARATION OF JOSEPH HIRTZ

I, Joseph Hirtz, do hereby declare that:

1. This declaration supplements my previous declaration in this case.

2. I am currently employed as the National Antidumping and Countervailing Duty Program Manager of the Commercial Fraud Investigations and Intellectual Property Right Center Unit, Office of Investigations, U.S. Immigration and Customs Enforcement (ICE) in Washington, D.C. I have been employed as a Special Agent/Criminal Investigator for approximately 21.3 years.

3. I am aware of the litigation involving the moiety claim filed by White and Case from information I have received during the performance of my official duties

4. The attached spreadsheet contains all of the case numbers, as redacted, listed in the complaint, to the best of my knowledge and belief. Since January 19, 2007, two of the previously identified pending cases have been closed, both during January 2008.

5. To the best of my knowledge and belief, as evidenced in the attached spreadsheet, there has been one criminal plea agreement/sentencing that has resulted in a $575,000 forfeiture of funds or collection of fines related to antidumping cases involving Chinese manufactured brake rotors. The collected funds were turned over to CBP FP&F for deposit within the forfeiture fund. On January 30, 2008, a second judicial criminal sentencing action is scheduled with $575,000 forfeiture anticipated; any collected funds will be turned over to CBP for deposit into the forfeiture fund. At this time the investigation of antidumping violations from China by ICE continues to be an ongoing enforcement action.

6. I am aware of the M&T Progressions, USCIT No. 04-00382, 19 U.S.C. § 1592 action. ICE Case "CC" on the attached spreadsheet remains pending and has not yet resulted in the collection of any lost duties and penalties.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of January 2007, in Washington, D.C.

Joseph N. Hirtz

| CASE NUMBER | DATE INITIATED | STATUS | MONEY COLLECTED |
|---|---|---|---|
| A | 11000 | CLOSED | 0 |
| B | 80900 | CLOSED | 0 |
| C | 41201 | CLOSED | 0 |
| D | 41700 | CLOSED | 0 |
| E | 13100 | CLOSED | 0 |
| F | 31097 | CLOSED | 0 |
| G | 20700 | CLOSED | |
| H | 53001 | CLOSED | 0 |
| I | 41100 | CLOSED | 0 |
| J | 32602 | CLOSED | 0 |
| K | 50300 | CLOSED | 0 |
| L | 32601 | CLOSED | 0 |
| M | 31202 | CLOSED | 0 |
| N | 20501 | CLOSED | 0 |
| O | 31500 | CLOSED | 0 |
| P | 51200 | CLOSED | 0 |
| Q | 42998 | CLOSED | 0 |
| R | 112100 | CLOSED | 0 |
| S | 11300 | CLOSED | 0 |
| T | 120199 | CLOSED | |
| U | 32700 | CLOSED | 0 |
| V | 32700 | CLOSED | 0 |
| W | 32700 | CLOSED | 0 |
| X | 40400 | CLOSED | 0 |
| Y | 82401 | CLOSED | 0 |
| Z | 72597 | CLOSED | 0 |
| **AA** | **20200** | **CLOSED 1/26/06** | **0** |
| **BB** | **12800** | **PENDING** | **PENDING $575,000 plea settlement** |
| **CC** | **102699** | **PENDING** | **PENDING** |
| **DD** | **71200** | **CLOSED 1/9/200** | **0** |
| **EE** | **41800** | **PENDING** | **PENDING** |
| **FF** | **72497** | **CLOSED 1/10/20** | **0** |
| **GG** | **31302** | **PENDING** | **$575,000 plea settlement TOT CBP** |

1/30/08

# DECLARATION OF YVONNE HAGANS

I, Yvonne Hagans, do hereby declare that:

1. I am employed as the Chief of the Commercial Seizures and Penalties Branch, Commercial Enforcement Policy Division, Commercial Targeting and Enforcement, Office of International Trade, with U.S. Customs and Border Protection (CBP) in Washington, D.C. I have been employed with CBP for approximately eighteen years.

2. I am aware of the litigation involving the moiety claim filed by White and Case. I have read Ricardo Scheller's declaration of July 11, 2006, and am familiar with its contents.

3. The attached spreadsheet contains all of the entry numbers listed in the complaint, to the best of my knowledge and belief.

4. My staff researched each of these entries using our electronic data warehouse that allows CBP to track any fine, penalty, forfeiture and liquidated damage cases related to specific entries.

5. As was stated in Mr. Scheller's affidavit, entry number 27970240966 (FP&F case number 2004450320005501, paragraph 77 of the complaint), and entry number 27940241766 (FP&F case number 2000450320005601, paragraph 78 of the complaint), had liquidated damages cases, a combined amount of $200.00 was paid, and the cases were closed. In addition, upon conducting another item by item review manually, we determined that entry number WO402241602 (FP&F case number 1999-4701-20170601, paragraph 46 of the complaint) resulted in the issuance of a fine, which resulted in a collection of $242.00.

6. CBP has up to six years from the date liquidated damages are due to pursue a claim for liquidated damages. The latest date of liquidation for the referenced entries is 10/24/03, which means the last statute of limitations to file an action for liquidated damages will run in 2009 unless a statute of limitations waiver is obtained from the importer.

7. I am aware of $575,000.00 that is related to a criminal case in Chicago. The money is currently in a suspense account pending the entry of a final order of forfeiture from the court with jurisdiction over the matter. The money cannot be moved from the suspense account until the final order of forfeiture is entered by the court.

8. To the best of my knowledge and belief, the ports have not yet made a final decision to pursue or decline any fines, penalties, forfeitures, liquidated damages other cases.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of February 2008, in Washington, D.C.

Yvonne Hagans, Chief
Commercial Seizures & Penalties Branch
Commercial Enforcement Policy Division
Commercial Targeting & Enforcement
Office of International Trade
U.S. Customs and Border Protection

| COUNT | ENTRY NO | LIQUIDATION DATE | PENALTY | FINE | FORFEITURE | OTHER ACTION |
|---|---|---|---|---|---|---|
| 1 | AW301247025 | 12/28/2001 | | | | |
| 2 | AW301247074 | 3/2/2001 | | | | |
| 3 | FY400018302 | 12/21/2001 | | | | |
| 4 | EK807014833 (seizure) | 1/25/2002 | | | | |
| 5 | 47699090271 | 5/9/2003 | | | | |
| 6 | U7900219131 | 7/7/2003 | | | | |
| 7 | Unknown | | | | | |
| 8 | EK807014320 | 1/25/2002 | | | | |
| 9 | 27401089977 | 3/8/2002 | | | | |
| 10 | U7900222044 | 2/1/2002 | | | | |
| 11 | FS210045464 | 3/2/2001 | | | | |
| 12 | FS210046199 | 3/2/2001 | | | | |
| 13 | FS210044350 | 3/2/2001 | | | | |
| 14 | FS210045860 | 3/2/2001 | | | | |
| 15 | DO201520569 | 3/2/2001 | | | | |
| 16 | DO201526293 | 3/2/2001 | | | | |
| 17 | DO201522904 | 3/2/2001 | | | | |
| 18 | AW301253486 | 3/2/2001 | | | | |
| 19 | FS210047312 | 3/2/2001 | | | | |
| 20 | Duplicate of Count 2 | | | | | |
| 21 | 47600248919 | 3/16/2001 | | | | |
| 22 | 00207647389 | 9/12/2003 | | | | |
| 23 | 00207637133 | 8/1/2003 | | | | |
| 24 | 00207593971 | 6/1/2001 | | | | |
| 25 | 00207590415 | 1/14/2000 | | | | |
| 26 | 00207585308 | 1/3/2000 | | | | |
| 27 | Letter | | | | | |
| 28 | FY400007685 | 3/2/2001 | | | | |
| 29 | FY400002975 | 2/23/2001 | | | | |
| 30 | FY400005523 | 3/2/2001 | | | | |
| 31 | FY400018153 | 12/28/2001 | | | | |
| 32 | FY400018310 | 12/28/2001 | | | | |
| 33 | FY400005960 | 3/2/2001 | | | | |
| 34 | EH309193272 | 12/28/2001 | | | | |
| 35 | EH308170628 | 3/2/2001 | | | | |
| 36 | EH308161171 | 3/9/2001 | | | | |
| 37 | W0402239085 | 2/23/2001 | | | | |
| 38 | W0402238616 | 2/23/2001 | | | | |
| 39 | W0402238608 | 2/23/2001 | | | | |
| 40 | W0402234276 | 2/23/2001 | | | | |
| 41 | W0402238145 | 2/23/2001 | | | | |
| 42 | W0402237196 | 2/23/2001 | | | | |
| 43 | W0402236370 | 3/9/2001 | | | | |
| 44 | W0402234821 | 3/2/2001 | | | | |
| 45 | W0402234839 | 3/2/2001 | | | | |
| 46 | W0402241602 | 3/9/2001 | | | | |
| 47 | W0402242469 | 3/9/2001 | | | | |
| 48 | Duplicate of Count 47 | | | | | |
| 49 | EH309185633 | 12/21/2001 | | | | |
| 50 | FY400011885 | 12/21/2001 | | | | |

| | | |
|---|---|---|
| 51 | FY400012107 | 12/21/2001 |
| 52 | FY400014079 | 12/21/2001 |
| 53 | FY400016736 | 12/21/2001 |
| 54 | EH309187993 | 12/21/2001 |
| 55 | FY400004328 | 2/23/2001 |
| 56 | EH309178919 | 3/9/2001 |
| 57 | EH309180279 | 3/9/2001 |
| 58 | EH309191714 | 12/21/2001 |
| 59 | Duplicate of Count 58 | |
| 60 | EH309182580 | 3/9/2001 |
| 61 | EH309178810 | 3/9/2001 |
| 62 | EK807014338 | 1/25/2002 |
| 63 | EK807013405 | 1/25/2002 |
| 64 | U7900219933 | 7/7/2003 |
| 65 | 47603936692 | 5/9/2003 |
| 66 | U7900219131 | 7/7/2003 |
| 67 | AW301217804 | 10/8/1999 |
| 68 | 52100255885 | 10/24/2003 |
| 69 | 52100257063 | 10/24/2003 |
| 70 | DO201535831 | 3/2/2001 |
| 71 | DO201535849 | 3/2/2001 |
| 72 | DO201535468 | 3/2/2001 |
| 73 | DO201532127 | 3/2/2001 |
| 74 | 32309993072 | 10/19/2001 |
| 75 | 32309991753 | 11/2/2001 |
| 76 | 00480094853 | 3/22/2002 |
| 77 | 27940240966 | 12/21/2001 |
| 78 | 27940241766 | 12/21/2001 |
| 79 | DO201488411 | 3/31/2000 |
| 80 | DO201488437 | 4/7/2000 |
| 81 | DO201489310 | 3/31/2000 |
| 82 | AL840104403 | 3/17/2000 |
| 83 | 27401043503 | 3/8/2002 |
| 84 | FY400016744 | 12/21/2001 |
| 85 | EK807010062 | 1/25/2002 |
| 86 | EK807009296 | 4/20/2001 |
| 87 | EK807009916 | 1/25/2002 |
| 88 | EK807009643 | 2/15/2002 |
| 89 | EK807009650 | 2/8/2002 |
| 90 | EK807009544 | 2/15/2002 |
| 91 | EK807011680 | 1/25/2002 |
| 92 | 47603936189 | 1/25/2002 |
| 93 | EK807011672 | 1/25/2002 |
| 94 | 47603936320 | 1/18/2002 |
| 95 | 47603936643 | 1/18/2002 |
| 96 | 47603936304 | 1/18/2002 |
| 97 | 47603935686 | 1/25/2002 |
| 98 | 47603935561 | 1/18/2002 |
| 99 | REQUEST FOR | ACCOUNTING |
| | TOTALS | |

**CERTIFICATE OF FILING**

I hereby certify that on this 4th day of February 8, 2008, a copy of the foregoing "NOTICE OF FILING SUPPLEMENTAL DECLARATIONS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Sean M. Dunn