IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WHITE & CASE LLP,<br>*Plaintiff,*<br>v.<br>THE UNITED STATES,<br>*Defendant.* | No. 03-2800C<br>(Judge Wolski) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A RESPONSE TO THE DECLARATIONS OF BRUCE INGALLS, JOSEPH HERTZ, AND YVONNE HAGANS**

Plaintiff, White & Case LLP, respectfully requests leave of Court to file a response to the declarations of Bruce Ingalls, Joseph Hertz, and Yvonne Hagans, filed with the Court on February 4, 2008. Leave of Court is warranted because (1) those declarations identify $1.15 million in forfeited money recently collected by the United States; and (2) White & Case has determined that this money was collected in *United States v. I-Hwa Shiue*, No. 03-cr-01107 (N.D. Ill.), and *United States v. Shih-Ming Shuie*, Crim. No. 05-10021-NMG (D. Mass.), two criminal cases involving the customs fraud uncovered by White & Case. Indeed, 14 of the entries at issue in these cases match entries identified by White & Case in its complaint. White & Case's response, which is provisionally filed with this motion, demonstrates why this case is now ripe for a moiety award by the Court and why White & Case is entitled to 25 percent of the forfeited monies collected in *I-Hwa Shuie* and *Shih-Ming Shuie* — specifically, $287,500.

The Court is authorized to issue summary judgment *sua sponte*, provided that the losing party is put on notice that it has to come forward with all of its evidence. *Celotex Corp. v. Catrett*, 477 U.S. 317, 326 (1986). The Court should exercise this authority here, grant summary

judgment in favor of White & Case, and award it $287,500. Prior to doing so, however, the Court should provide the government an opportunity to respond to White & Case's arguments.

Dated: March 21, 2008

Respectfully submitted,

WHITE & CASE LLP

By: ______________________

Lucius B. Lau
701 Thirteenth St., N.W.
Washington, D.C. 20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to White & Case LLP*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of "PLAINTIFF'S MOTION FOR LEAVE TO FILE A RESPONSE TO THE DECLARATIONS OF BRUCE INGALLS, JOSEPH HERTZ, AND YVONNE HAGANS" was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Lucius B. Lau