IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WHITE & CASE LLP,<br>*Plaintiff,*<br>v.<br>THE UNITED STATES,<br>*Defendant.* | No. 03-2800C<br>(Judge Wolski) |

**DECLARATION OF LUCIUS B. LAU**

Lucius B. Lau declares as follows:

1. I am a Counsel with White & Case LLP ("White & Case"). I reside in the Firm's Washington, D.C. office. I am a member of the District of Columbia Bar and the Virginia State Bar.

2. I make this declaration based upon personal knowledge. If called as a witness, I could and would testify as follows.

3. Attached as Exhibit 1 is a true and correct copy of the Indictment filed in *United States of America v. Shih-Ming Shiue and I-Hwa Shiue*, No. 03-cr-1107 (N.D. Ill.), dated November 21, 2003.

4. Attached as Exhibit 2 is a true and correct copy of Consent to Transfer of Case for Plea and Sentence filed in *United States of America v. Shih-Ming Shiue and I-Hwa Shiue*, No. 03-cr-1107 (N.D. Ill.), dated January 11, 2005.

5. Attached as Exhibit 3 is a true and correct copy of the docket *United States of America v. Shih-Ming Shiue and I-Hwa Shiue*, No. 03-cr-1107-1 (N.D. Ill.) (entries pertaining to Shih-Ming Shiue).

6. Attached as Exhibit 4 is a true and correct copy of the docket for *United States of America v. Shih-Ming Shiue*, No. 05-cr-10021-NMG-1 (D. Mass.).

7. Attached as Exhibit 5 is a true and correct copy of Final Order of Forfeiture filed in *United States of America v. Shih-Ming Shiue*, No. 05-cr-10021-NMG-1 (D. Mass.), dated January 30, 2008.

8. Attached as Exhibit 6 is a true and correct copy of Defendant Shih-Ming Shiue's Sentencing Memorandum filed in *United States of America v. Shih-Ming Shiue*, No. 05-cr-10021-NMG-1 (D. Mass.), dated January 28, 2008.

9. Attached as Exhibit 7 is a true and correct copy of the Judgment in filed in *United States of America v. Shih-Ming Shiue*, No. 05-cr-10021-NMG-1 (D. Mass.), dated February 11, 2008.

10. Attached as Exhibit 8 is a true and correct copy of Defendant I-Hwa Shiue's Amended Position Paper as to Sentencing Factors filed in *United States of America v. I-Hwa Shiue*, No. 03-cr-01107 (N.D. Ill.), dated October 2, 2007.

11. Attached as Exhibit 9 is a true and correct copy of the Judgment filed in *United States of America v. I-Hwa Shiue*, No. 03-cr-01107 (N.D. Ill.), dated October 9, 2007.

12. Attached as Exhibit 10 is a true and correct copy of Final Order of Forfeiture filed in *United States of America v. I-Hwa Shiue*, No. 03-cr-01107 (N.D. Ill.), dated February 25, 2008.

13. Attached as Exhibit 11 is a true and correct copy of the docket for *United States of America v. I-Hwa Shiue*, No. 03-cr-01107 (N.D. Ill.).

14. Attached as Exhibit 12 is a true and correct copy of Opinion Concerning Number Of Moiety Cases Involved In White & Case's Moiety Claim, dated Nov. 14, 2005.

15. Attached as Exhibit 13 is a true and correct comparison of certain entries identified in the sentencing memoranda of Shih-Ming Shiue and I-Hwa Shiue and entries associated with certain counts of the Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Lucius B. Lau

Executed this 21st day of March 2008.
Washington, D.C.