# Exhibit 2

In the United States District Court

for the Northern District of Illinois

United States of America

v.

SHIH-MING SHIUE

FILED

JAN 24 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Criminal No. 03 CR 1107

Consent to Transfer of Case

for Plea and Sentence

(*Under Rule 20*)

I, Shih-Ming Shiue, defendant, have been informed that a Indictment (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead guilty (*guilty, nolo contendre*) to the offense charged, to consent to the disposition of the case in the District of Massachusetts in which I reside (*am under arrest, am held*) and to waive trial in the above captioned District.

Dated: January 11, ~~19~~ 2005 at Boston, MA

(*Defendant*) Shih-Ming Shiue

(*Witness*) Laura J. Marchitelli

(*Counsel for Defendant*) Geoffrey E. Hobart by KJC 1/11/05

Approved

Patrick J. Fitzgerald, by DBG
United States Attorney for the
Northern District of Illinois
~~District of~~

United States Attorney for the
District of Massachusetts
~~District of~~

FORM USA-153
SEP 87