# Exhibit 3

LEVIN

**United States District Court**
**Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)**
**CRIMINAL DOCKET FOR CASE #: 1:03-cr-01107-1**

Case title: USA v. Shiue, et al

Date Filed: 11/20/2003
Date Terminated: 01/24/2005

---

Assigned to: Hon. John W. Darrah

**Defendant**

**Shih-Ming Shiue** (1)
*TERMINATED: 01/24/2005*

represented by **Christopher W Carmichael**
Holland & Knight LLC
131 South Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600
Email:
christopher.carmichael@hklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Geoffrey E Hobart**
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES AND 18:2 AID AND ABET (1) | Counts transferred. |

| | |
|---|---|
| 18:542.F ENTRY OF GOODS BY MEANS OF FALSE STATEMENTS AND 18:2 AID AND ABET (2-7) | Counts transferred. |
| 18:201A.F BRIBERY OF PUBLIC OFFICIALS AND WITNESSES AND 18:2 AID AND ABET (8) | Counts transferred. |
| 18:542.F ENTRY OF GOODS BY MEANS OF FALSE STATEMENTS AND 18:2 AID AND ABET (9-10) | Counts transferred. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**United States of America** represented by **Pretrial Services**
.
435-5545
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Probation Department**
.
408-5197
Email: Intake_Docket_ILNP@ilnp.uscourts.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Joseph King, Jr.**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: patrick.king@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Sean Layng**
United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
*TERMINATED: 10/07/2004*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/20/2003 | 1 | INDICTMENT Counts filed against Shih-Ming Shiue (1) count(s) 1, 2-7, 8, 9-10, I-Hwa Shiue (2) count(s) 1, 2-7, 9-10 (emd) (Entered: 11/21/2003) |
| 11/20/2003 | 2 | MINUTE ORDER of 11/20/03 by Honorable Michael T. Mason as to Shih-Ming Shiue, I-Hwa Shiue : To set preliminary bail at $10,000.00 and that defendants be allowed to sign own recognizance bond as to both defendants. No notice (emd) (Entered: 11/21/2003) |
| 11/20/2003 | 3 | DESIGNATION SHEET FELONY Category 3 (emd) (Entered: 11/21/2003) |
| 11/24/2003 | 4 | ARRAIGNMENT NOTICE: Before Hon. John W. Darrah as to Shih-Ming Shiue, I-Hwa Shiue : Arraignment and plea set for 12/3/03 at 11:00am. Mailed notice (emd) (Entered: 11/24/2003) |
| 11/25/2003 | 5 | MINUTE ORDER of 11/25/03 by Hon. John W. Darrah as to Shih-Ming Shiue, I-Hwa Shiue : Arraignment and plea set for 12/3/03 is stricken and reset to 1/28/04 at 10:00 a.m. as to both defendants. Mailed notice (meg) (Entered: 11/26/2003) |
| 01/23/2004 | 6 | MINUTE ORDER of 1/23/04 by Hon. John W. Darrah as to Shih-Ming Shiue, I-Hwa Shiue : Arraignment and plea reset to 1/28/04 at 9:30 a.m. as to both defendants. Mailed notice (meg) (Entered: 01/26/2004) |
| 01/28/2004 | 7 | MINUTE ORDER of 1/28/04 by Hon. John W. Darrah as to Shih-Ming Shiue, I-Hwa Shiue : Arraignment and plea held as to both defendants. Defendants Shih-Ming Shiue and I-Hwa Shiue waive formal reading of the indictment and enter a plea of not guilty to the indictment. Rule 16.1 (a) conference to be held by 2/4/04. Defendants' pretrial motions to be filed by 2/18/04. Hearing on pretrial motions is set for 4/8/04 at 10:00am. Defendants appearances are waived and they are granted leave to appear telephonically for the 4/8/04 hearing. Defendants are ordered released on a $500,000 secured bond. Enter Order Setting Conditions of Release. Mailed notice (emd) (Entered: 01/29/2004) |
| 01/28/2004 | 8 | ORDER by Hon. John W. Darrah setting conditions of release for Shih-Ming Shiue in the amount of $500,000.00 (emd) (Entered: 01/29/2004) |
| 01/28/2004 | 10 | APPLICATION by Shih-Ming Shiue for attorney Geoffrey E. Hobart to appear pro hac vice (meg) (Entered: 02/04/2004) |
| 01/28/2004 | 12 | APPEARANCE of Attorney for Shih-Ming Shiue, I-Hwa Shiue by |

| | | |
|---|---|---|
| | | Geoffrey E. Hobart, Kevin L. Cloherty, Christopher W Carmichael (meg) (Entered: 02/04/2004) |
| 04/08/2004 | 13 | MINUTE ORDER of 4/8/04 by Hon. John W. Darrah as to Shih-Ming Shiue, I-Hwa Shiue : In-court hearing held. Status hearing set for 7/8/04 at 9:30 a.m. The defendants presence is waived and their attorneys are given leave to appear telephonically. The parties will be ready to schedule a trial or change of plea date at that time. Time is ordered excluded to 7/8/04 pursuant to 18:3161(h)(8)(A)(B). Mailed notice (meg) (Entered: 04/09/2004) |
| 07/01/2004 | 14 | MINUTE ORDER of 7/1/04 by Hon. John W. Darrah as to Shih-Ming Shiue, I-Hwa Shiue : Status hearing reset to 8/10/04 at 11:00 a.m. Time is ordered excluded to 8/10/04 pursuant to 18:3161(h)(8)(A)(B). Mailed notice (meg) (Entered: 07/02/2004) |
| 07/07/2004 | 15 | MINUTE ORDER of 7/7/04 by Hon. John W. Darrah as to Shih-Ming Shiue, I-Hwa Shiue : Status hearing is reset to 9/1/04 at 9:30 a.m. Time is ordered excluded to 9/1/04 pursuant to 18:3161(h)(8)(A)(B). Mailed notice (meg) (Entered: 07/08/2004) |
| 09/01/2004 | 16 | MINUTE ORDER of 9/1/04 by Hon. John W. Darrah as to Shih-Ming Shiue, I-Hwa Shiue : Status hearing held; continued to 9/15/04 at 9:30 a.m. Time is ordered excluded to 9/15/04 pursuant to 18:3161(h)(8)(A)(B). Mailed notice (meg) (Entered: 09/03/2004) |
| 09/15/2004 | 17 | MINUTE ORDER of 9/15/04 by Hon. John W. Darrah as to Shih-Ming Shiue, I-Hwa Shiue : Status hearing held; continued to 11/2/04 at 9:45 a.m. for scheduling for trial. Time is ordered excluded to 11/2/04 pursuant to 18:3161(h)(8)(A)(B). Mailed notice (meg) (Entered: 09/16/2004) |
| 10/07/2004 | 18 | DESIGNATION OF ATTORNEY Patrick Joseph King Jr. as US Attorney (meg) (Entered: 10/12/2004) |
| 10/28/2004 | 19 | MINUTE ORDER of 10/28/04 by Hon. John W. Darrah as to Shih-Ming Shiue, I-Hwa Shiue : Status hearing set for 11/02 is reset to to 11/16/04 at 10:00 a.m. Time is ordered excluded to 11/16/04 pursuant to 18:3161(h)(8)(A)(B). Mailed notice (ar) (Entered: 10/29/2004) |
| 11/16/2004 | 20 | MINUTE ORDER of 11/16/04 by Hon. John W. Darrah as to Shih-Ming Shiue, I-Hwa Shiue : Status hearing held; continued to 12/16/04 at 9:45 a.m. The government advised the Court that this case is in the process of being transferred to Massachusetts. Time is ordered excluded to 12/16/04 pursuant to 18:3161(h)(8)(A)(B). Mailed notice (meg) (Entered: 11/17/2004) |
| 12/16/2004 | 21 | MINUTE ORDER of 12/16/04 by Hon. John W. Darrah as to Shih-Ming Shiue, I-Hwa Shiue : Status hearing held and continued to 1/26/05 at 9:30 a.m. The government advised the court that this case is in the process of being transferred to Massachusetts. Time is ordered excluded to 1/26/05 pursuant to 18:3161(h)(8)(A)(B). Mailed notice (las) (Entered: 12/17/2004) |

| | | |
|---|---|---|
| 01/24/2005 | 22 | CONSENT to Transfer Jurisdiction (Rule 20) to District of Massachusetts Counts closed as to Shih-Ming Shiue (1) Count 1,2-7,8,9-10. (meg, ) (Entered: 01/28/2005) |
| 01/28/2005 | 25 | CERTIFIED and Transmitted to District of Massachusetts the complete record consisting of Certified copies of Consent of Transfer Under Rule 20 Form, indictment, docket entries as to Shih-Ming Shiue, I-Hwa Shiue. Sent via certified mail receipt # 7002 2410 0005 2045 2239. (meg, ) (Entered: 01/28/2005) |
| 02/03/2005 | 26 | RETURN RECEIPT signed 1/31/05, receipt 7002 2410 0005 2045 27 (amb, ) (Entered: 02/15/2005) |
| 02/10/2005 | 27 | LETTER acknowledging receipt of Rule 20 documents received in Springfield, MA on 2/1/05 as to Shih-Ming Shiue, I-Hwa Shiue (emd, ) (Entered: 02/15/2005) |



| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/07/2008 12:21:51 | | | |
| **PACER Login:** | wc0022 | **Client Code:** | 1208438-0002-4650 |
| **Description:** | Docket Report | **Search Criteria:** | 1:03-cr-01107 |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |