# Exhibit 4

MAG

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:05-cr-10021-NMG-1

Case title: USA v. Shiue et al

Date Filed: 02/01/2005
Date Terminated: 02/11/2008

---

Assigned to: Judge Nathaniel M. Gorton

**Defendant (1)**

**Shih-Ming Shiue**
*TERMINATED: 02/11/2008*

represented by **Geoffrey E Hobart**
Covington & Burling
1201 Pennsylvania Ave. NW
Washington, DC 20004-2401
202-662-6000
Email: ghobart@cov.com
*LEAD ATTORNEY*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:371 Conspiracy to Defraud the U.S; 18:2 Aiding and Abetting (1) | TOL 23 CHC I; A year and a day, followed by 2 years SR. See Judgment for details. |
| 18:542.F ENTRY OF GOODS BY MEANS OF FALSE STATEMENTS; 18:2 Aiding and Abetting (2-7) | TOL 23 CHC I; A year and a day, followed by 2 years SR. See Judgment for details. |
| 18:201A.F BRIBERY OF PUBLIC OFFICIALS AND WITNESSES; 18:2 Aiding and Abetting (8) | TOL 23 CHC I; A year and a day, followed by 2 years SR. See Judgment for details. |
| 18:542.F ENTRY OF GOODS BY MEANS OF FALSE STATEMENTS; 18:2 Aiding and Abetting (9-10) | TOL 23 CHC I; A year and a day, followed by 2 years SR. See Judgment for details. |

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

---

**Plaintiff**

**USA**

represented by **Heidi E. Brieger**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3293
Fax: 617-748-3358
Email: heidi.brieger@USDOJ.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/01/2005 | 1 | CONSENT TO TRANSFER JURISDICTION (Rule 20) from Chicago, Illinois by Shih-Ming Shiue, I-Hwa Shiue. (Gawlik, Cathy) (Entered: 02/03/2005) |
| 03/01/2005 | 2 | Judge Nathaniel M. Gorton : Electronic ORDER entered. ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: Pretrial as to Shih-Ming Shiue, I-Hwa Shiue (Nicewicz, Craig) (Entered: 03/01/2005) |
| 03/03/2005 | 5 | NOTICE OF ATTORNEY APPEARANCE Heidi E. Brieger appearing for USA. (Barrette, Mark) (Entered: 03/07/2005) |
| 03/10/2005 | 6 | NOTICE OF ATTORNEY APPEARANCE: Geoffrey E. Hobart appearing for Shih-Ming Shiue (Hobart, Geoffrey) (Entered: 03/10/2005) |
| 03/15/2005 | | NOTICE OF HEARING as to Shih-Ming Shiue, I-Hwa Shiue Change of Plea Hearing set for 5/24/2005 02:30 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 03/15/2005) |
| 04/06/2005 | 7 | JOINT MOTION for Excludable Delay from March 1, 2005 to May 24, 2005 as to Shih-Ming Shiue, I-Hwa Shiueby Shih-Ming Shiue, USA, I-Hwa Shiue. (Bell, Marie) (Entered: 04/07/2005) |
| 04/14/2005 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 7 Motion to Exclude as to Shih-Ming Shiue (1), I-Hwa Shiue (2) through and including May 24, 2005. (Nicewicz, Craig) (Entered: 04/14/2005) |

| | | |
|---|---|---|
| 04/15/2005 | | Judge update in the case of Shih-Ming Shiue and I-Hwa Shiue; Magistrate Judge Marianne B. Bowler no longer assigned to the case. (Saccoccio, Dianalynn) (Entered: 04/15/2005) |
| 05/20/2005 | 8 | Joint MOTION to Continue *Change of Plea Hearing* as to Shih-Ming Shiue, I-Hwa Shiue. (Stock, Laura) (Entered: 05/20/2005) |
| 05/23/2005 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 8 Motion to Continue as to Shih-Ming Shiue (1), I-Hwa Shiue (2), hearing is rescheduled for Wednesday June 29, 2005 at 3:00 p.m. (Nicewicz, Craig) (Entered: 05/23/2005) |
| 05/23/2005 | | Terminate Deadlines and Hearings as to Shih-Ming Shiue, I-Hwa Shiue: (Nicewicz, Craig) (Entered: 05/23/2005) |
| 05/23/2005 | | Set/Reset Hearings as to Shih-Ming Shiue, I-Hwa Shiue: Change of Plea Hearing set for 6/29/2005 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 05/23/2005) |
| 06/23/2005 | | Terminate Deadlines and Hearings as to Shih-Ming Shiue, I-Hwa Shiue: (Nicewicz, Craig) (Entered: 06/23/2005) |
| 06/23/2005 | | NOTICE OF RESCHEDULING as to Shih-Ming Shiue, I-Hwa Shiue Change of Plea Hearing reset for 9/15/2005 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 06/23/2005) |
| 06/23/2005 | 9 | MOTION for Excludable Delay from June 29, 2005 to September 15, 2005 as to Shih-Ming Shiue, I-Hwa Shiueby Shih-Ming Shiue, USA, I-Hwa Shiue. (Attachments: # 1 Text of Proposed Order)(Elefther, Elizabeth) (Entered: 06/23/2005) |
| 09/07/2005 | | Terminate Deadlines and Hearings as to Shih-Ming Shiue, I-Hwa Shiue: (Nicewicz, Craig) (Entered: 09/07/2005) |
| 09/07/2005 | | NOTICE OF RESCHEDULING as to Shih-Ming Shiue, I-Hwa Shiue Change of Plea Hearing set for 9/19/2005 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 09/07/2005) |
| 09/28/2005 | 10 | PROPOSED DOCUMENT(S) of collateral documents deposited at the Clerk's office of the Northern District Court of Illinois for Shih-Ming Shiue, I-Hwa Shiue (Attachments: # 1 Lis Pendens Notice# 2 Quitclaim Deed# 3 Quit-Claim Deed# 4 Forfeiture Agreement)(Elefther, Elizabeth) (Entered: 09/28/2005) |
| 10/18/2005 | | NOTICE OF HEARING as to Shih-Ming Shiue Change of Plea Hearing set for 10/28/2005 11:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 10/18/2005) |
| 10/19/2005 | | Judge Nathaniel M. Gorton : ElectronicORDER entered granting 9 Motion to Exclude as to Shih-Ming Shiue (1), I-Hwa Shiue (2) (Nicewicz, Craig) (Entered: 10/19/2005) |
| | | |

| | | |
|---|---|---|
| 10/19/2005 | 11 | Joint MOTION for Order of Excludable Delay from September 19, 2005 to October 28, 2005 as to Shih-Ming Shiue, I-Hwa Shiueby Shih-Ming Shiue, USA, I-Hwa Shiue. (Attachments: # 1 Text of Proposed Order) (Elefther, Elizabeth) (Entered: 10/19/2005) |
| 10/20/2005 | | Judge Nathaniel M. Gorton : ElectronicORDER entered granting 11 Motion to Exclude as to Shih-Ming Shiue (1), I-Hwa Shiue (2) (Elefther, Elizabeth) (Entered: 10/20/2005) |
| 10/28/2005 | | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Defendant is SWORN.Change of Plea Hearing as to Shih-Ming Shiue held on 10/28/2005. Court has colloquy with deft., govt. summarizes evidence. Plea entered by Shih-Ming Shiue (1) Guilty Count 1,2-7,8,9-10. Sentencing set for 2/3/2006 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. Deft. remains on current conditions of release.(Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 10/28/2005) |
| 10/28/2005 | 12 | Sealed document as to Shih-Ming Shiue (Elefther, Elizabeth) Modified on 10/28/2005 (Elefther, Elizabeth). (Entered: 10/28/2005) |
| 01/26/2006 | 13 | SEALED MOTION as to Shih-Ming Shiue. (Sonnenberg, Elizabeth) (Entered: 01/26/2006) |
| 01/27/2006 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 13 Sealed Motion as to Shih-Ming Shiue (1) (Nicewicz, Craig) (Entered: 01/30/2006) |
| 01/30/2006 | | Terminate Deadlines and Hearings as to Shih-Ming Shiue: sentencing (Nicewicz, Craig) (Entered: 01/30/2006) |
| 01/30/2006 | | NOTICE OF HEARING as to Shih-Ming Shiue Sentencing set for 5/17/2006 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 01/30/2006) |
| 02/02/2006 | 15 | MOTION for Forfeiture of Property *and Money judgment* as to Shih-Ming Shiueby USA. (Attachments: # 1 Text of Proposed Order # 2 Text of Proposed Order)(Zacks, Jennifer) (Entered: 02/02/2006) |
| 02/13/2006 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 15 Motion for Forfeiture of Property as to Shih-Ming Shiue (1) (Sonnenberg, Elizabeth) (Entered: 02/14/2006) |
| 02/13/2006 | 16 | Judge Nathaniel M. Gorton : PRELIMINARY ORDER OF FORFEITURE entered. as to Shih-Ming Shiue (Sonnenberg, Elizabeth) (Entered: 02/14/2006) |
| 02/13/2006 | 17 | Judge Nathaniel M. Gorton : ORDER entered. Money Judgment entered as to Shih-Ming Shiue (Sonnenberg, Elizabeth) (Entered: 02/14/2006) |
| 02/16/2006 | 18 | MOTION to Seal as to Shih-Ming Shiueby USA. (Sonnenberg, Elizabeth) (Entered: 02/16/2006) |
| 02/16/2006 | 19 | SEALED MOTION as to Shih-Ming Shiueby USA. (Sonnenberg, |

| | | |
|---|---|---|
| | | Elizabeth) Additional attachment(s) added on 2/16/2006 (Sonnenberg, Elizabeth). (Entered: 02/16/2006) |
| 02/17/2006 | 20 | Opposition by Shih-Ming Shiue re 15 MOTION for Forfeiture of Property *and Money judgment* (Attachments: # Exhibit Copy of Deed) (Hobart, Geoffrey) Additional attachment(s) added on 2/17/2006 (Sonnenberg, Elizabeth). (Entered: 02/17/2006) |
| 02/24/2006 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 18 Motion to Seal as to Shih-Ming Shiue (1); granting 19 Sealed Motion as to Shih-Ming Shiue (1) (Sonnenberg, Elizabeth) (Entered: 02/28/2006) |
| 02/24/2006 | 21 | Judge Nathaniel M. Gorton : Sealed ORDER entered. as to Shih-Ming Shiue re 19 SEALED MOTION filed by USA, (Sonnenberg, Elizabeth) (Entered: 02/28/2006) |
| 05/09/2006 | | Terminate Deadlines and Hearings as to Shih-Ming Shiue: sentencing (Nicewicz, Craig) (Entered: 05/09/2006) |
| 05/09/2006 | | ELECTRONIC NOTICE OF RESCHEDULING as to Shih-Ming Shiue Sentencing set for 9/7/2006 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 05/09/2006) |
| 06/19/2006 | 23 | Department of Treasury Process Receipt and Return for Preliminary Order of Forfeiture and Money Judgment. Publication served Delivered on 4/6/06 (Attachments: # 1 Exhibit a) (Sonnenberg, Elizabeth) Additional attachment(s) added on 8/17/2006 (Sonnenberg, Elizabeth). (Entered: 06/20/2006) |
| 06/19/2006 | 24 | Department of Treasury Process Receipt and Return for Preliminary Order of Forfeiture and Money Judgment. 41 Fairbanks Road, Lexington, MA served Delivered on 3/20/06 (Sonnenberg, Elizabeth) (Entered: 06/20/2006) |
| 06/19/2006 | 25 | Department of Treasury Process Receipt and Return for Preliminary Order of Forfeiture and Money Judgment. Geoffrey E. Hobart served Delivered on 5/1/06 (Attachments: # 1 Exhibit A) (Sonnenberg, Elizabeth) (Entered: 06/20/2006) |
| 06/19/2006 | 26 | Department of Treasury Process Receipt and Return for Preliminary Order of Forfeiture and Money Judgment. Shih-Ming Shiue served Delivered on 4/29/06 (Attachments: # 1 Exhibit A) (Sonnenberg, Elizabeth) (Entered: 06/20/2006) |
| 06/19/2006 | 27 | Department of Treasury Process Receipt and Return for Preliminary Order of Forfeiture and Money Judgment. Citizens Bank of MA served Delivered on 5/1/06 (Attachments: # 1 Exhibit A) (Sonnenberg, Elizabeth) (Entered: 06/20/2006) |
| 06/19/2006 | 28 | Department of Treasury Process Receipt and Return for Preliminary Order of Forfeiture and Money Judgment. Town Assessory, Town of Lexington served Delivered on 5/1/06 (Attachments: # 1 Exhibit A) (Sonnenberg, Elizabeth) (Entered: 06/20/2006) |

| | | |
|---|---|---|
| 08/29/2006 | | Terminate Deadlines and Hearings as to Shih-Ming Shiue: sentencing (Nicewicz, Craig) (Entered: 08/29/2006) |
| 08/29/2006 | | ELECTRONIC NOTICE OF HEARING as to Shih-Ming Shiue Sentencing set for 12/13/2006 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 08/29/2006) |
| 08/30/2006 | 30 | Third Party MOTION for Hearing *to adjudicate validity of interest of Siaw Jin Choo Shiue in 41 Fairbanks Road, Lexington, MA* as to Shih-Ming Shiue. (Attachments: # 1)(Peabody, Robert) (Entered: 08/30/2006) |
| 11/27/2006 | | Terminate Deadlines and Hearings as to Shih-Ming Shiue: (Nicewicz, Craig) (Entered: 11/27/2006) |
| 11/27/2006 | | ELECTRONIC NOTICE OF RESCHEDULING as to Shih-Ming Shiue Sentencing set for 4/11/2007 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 11/27/2006) |
| 03/13/2007 | | ELECTRONIC NOTICE OF HEARING ON MOTION as to Shih-Ming Shiue 30 Third Party MOTION for Hearing *to adjudicate validity of interest of Siaw Jin Choo Shiue in 41 Fairbanks Road, Lexington, MA*: Motion Hearing set for 4/11/2007 02:30 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 03/13/2007) |
| 04/03/2007 | 32 | SEALED MOTION as to Shih-Ming Shiueby Shih-Ming Shiue, USA. (Sonnenberg, Elizabeth) Additional attachment(s) added on 4/4/2007 (Sonnenberg, Elizabeth). (Entered: 04/03/2007) |
| 04/04/2007 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 32 Sealed Motion as to Shih-Ming Shiue (1) (Nicewicz, Craig) (Entered: 04/04/2007) |
| 04/04/2007 | | Terminate Deadlines and Hearings as to Shih-Ming Shiue: disposition (Nicewicz, Craig) (Entered: 04/04/2007) |
| 04/05/2007 | | ELECTRONIC NOTICE OF RESCHEDULING as to Shih-Ming Shiue Sentencing set for 7/17/2007 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 04/05/2007) |
| 07/16/2007 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 33 Sealed Motion as to Shih-Ming Shiue (1) (Nicewicz, Craig) (Entered: 07/16/2007) |
| 07/16/2007 | | Terminate Deadlines and Hearings as to Shih-Ming Shiue: sentencing (Nicewicz, Craig) (Entered: 07/16/2007) |
| 07/16/2007 | | ELECTRONIC NOTICE OF RESCHEDULING as to Shih-Ming Shiue Sentencing set for 10/18/2007 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 07/16/2007) |
| 10/12/2007 | 34 | Joint MOTION to Continue *Sentencing Hearing* to November 7, 2007 as to Shih-Ming Shiueby USA. (Brieger, Heidi) (Entered: 10/12/2007) |
| 10/15/2007 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 34 Motion to Continue as to Shih-Ming Shiue (1) (Nicewicz, Craig) |

| | | |
|---|---|---|
| | | (Entered: 10/15/2007) |
| 10/15/2007 | | Terminate Deadlines and Hearings as to Shih-Ming Shiue: disposition (Nicewicz, Craig) (Entered: 10/15/2007) |
| 10/15/2007 | | ELECTRONIC NOTICE OF RESCHEDULING as to Shih-Ming Shiue Sentencing set for 11/29/2007 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 10/15/2007) |
| 10/26/2007 | | Terminate Deadlines and Hearings as to Shih-Ming Shiue: sentencing (Nicewicz, Craig) (Entered: 10/26/2007) |
| 10/26/2007 | | ELECTRONIC NOTICE OF RESCHEDULING as to Shih-Ming Shiue Sentencing set for 1/10/2008 03:30 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 10/26/2007) |
| 01/22/2008 | 35 | MOTION for Forfeiture of Property as to Shih-Ming Shiueby USA. (Attachments: # 1 Text of Proposed Order - Order Vacating Preliminary Order of Forfeiture and Money Judgment, # 2 Text of Proposed Order - Final Order of Forfeiture)(Barclay, Kristina) (Entered: 01/22/2008) |
| 01/28/2008 | 36 | SENTENCING MEMORANDUM by Shih-Ming Shiue (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Hobart, Geoffrey) (Entered: 01/28/2008) |
| 01/30/2008 | | Judge Nathaniel M. Gorton: Electronic ORDER entered granting 35 Motion for Forfeiture of Property as to Shih-Ming Shiue (1) (Nicewicz, Craig) (Entered: 01/30/2008) |
| 01/30/2008 | 38 | Judge Nathaniel M. Gorton: ORDER Vacating Preliminary Order of Forfeiture entered. as to Shih-Ming Shiue (Nicewicz, Craig) (Entered: 01/30/2008) |
| 01/30/2008 | 39 | Judge Nathaniel M. Gorton: FINAL ORDER of Forfeiture entered. as to Shih-Ming Shiue (Nicewicz, Craig) (Entered: 01/30/2008) |
| 01/30/2008 | | Electronic Clerk Notes for proceedings held before Judge Nathaniel M. Gorton: finding as moot 30 Motion for Hearing as to Shih-Ming Shiue (1); Sentencing held on 1/30/2008 for Shih-Ming Shiue (1), Count(s) 1, 2-7, 8, 9-10, TOL 23 CHC I; A year and a day, followed by 2 years SR. See Judgment for details... (Court Reporter Dahlstrom.)(Attorneys present: Brieger for Govt., Hobart and Shuford for Defendant) (Nicewicz, Craig) (Entered: 02/05/2008) |
| 02/11/2008 | 40 | Judge Nathaniel M. Gorton: ORDER entered. JUDGMENT as to Shih-Ming Shiue (1), Count(s) 1, 2-7, 8, 9-10, TOL 23 CHC I; A year and A DAY, followed by 2 years SR. See Judgment for details., STATEMENT OF REASONS as to Shih-Ming Shiue. (Sonnenberg, Elizabeth) (Entered: 02/12/2008) |
| 02/20/2008 | 41 | MOTION to Continue *(Assented-to)* to March 12, 2008 to Self-Report as to Shih-Ming Shiue, I-Hwa Shiueby Shih-Ming Shiue. (Hobart, Geoffrey) (Entered: 02/20/2008) |
| 02/22/2008 | | Judge Nathaniel M. Gorton: Electronic ORDER entered granting 41 |

| | | |
|---|---|---|
| | | Motion to Continue His Self-Report Date to March 12, 2008 as to Shih-Ming Shiue (1) (Sonnenberg, Elizabeth) (Entered: 02/22/2008) |



| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/07/2008 13:25:43 | | | |
| **PACER Login:** | wc0022 | **Client Code:** | 1208438-0002-4650 |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cr-10021-NMG |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |