# Exhibit 10

4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 03 CR 1107 -2 |
| v. | ) | |
| | ) | Hon. John W. Darrah |
| I-HWA SHIUE | ) | |

FINAL ORDER OF FORFEITURE

The cause comes before the Court on motion of the United States for entry of a final order of forfeiture as to specific property pursuant to the provisions of Title 18, United States Code, Section 982 and Fed. R. Crim. P. 32.2, and the Court being fully informed hereby finds as follows:

(a) On November 21, 2003, an indictment was returned charging defendant I-HWA SHIUE with violations of 18 U.S.C. § 542;

(b) The indictment sought forfeiture to the United States of specific property pursuant to the provisions of 18 U.S.C. § 982;

(c) On April 19, 2006, pursuant to Fed R. Crim. P. 11, defendant I-HWA SHIUE entered a voluntary plea of guilty to Count Two of the indictment;

(d) Pursuant to the terms of the plea agreement and as a result of her violation of 18 U.S.C. § 542, defendant I-HWA SHIUE agreed that certain property, namely funds in the amount of $5,065,000, is subject to forfeiture pursuant to the provisions of 18 U.S.C. § 982;

(e) Since the entry of the plea agreement, defendant I-HWA SHIUE and the United States have agreed that the forfeiture judgment shall be satisfied with a lump sum payment of $575,000 in full satisfaction of any forfeiture claim by the United States against I-HWA SHIUE arising out of the charges in this indictment. Additionally, defendant I-HWA SHIUE agreed to satisfy the judgment with funds not subject to claim by any third party;

(f) Pursuant to the provisions of Title 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 982(b)(1), beginning on November 26, 2007, and continuing for three consecutive weeks ending on December 10, 2007, the Chicago Sun-Times published notice of the forfeiture and of the United States' intention to dispose of the foregoing property;

(g) Joseph Savage, attorney for defendant I-HWA SHIUE, was served with a copy of the notice of publication and the preliminary order of forfeiture. Pursuant to the provisions of 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 982(b)(1), no other party is known to have an interest in the property, and accordingly, no other party was served with a copy of the notice of publication and the preliminary order of forfeiture;

(h) To date, no petitions have been filed requesting a hearing to adjudicate any interest in the foregoing property, and the time in which to file a request for a hearing has expired.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1. That, pursuant to the provisions of 18 U.S.C. § 982(a)(2) and Fed. R. Crim. P. 32.2, all right, title and interest of defendant I-HWA SHIUE and any third party in funds in the amount of $575,000 is hereby forfeit to the United States of America for disposition according to law;

2. That, pursuant to the provisions of 21 U.S.C. § 853(n)(7), as incorporated by 18 U.S.C. § 982(b)(1), following entry of this final order of forfeiture, the United States shall have clear title to the foregoing property, and shall dispose of the property according to law;

3. That, this Court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary to implement and enforce this forfeiture order.

JOHN W. DARRAH
United States District Judge

Dated: 2-25-08