# Exhibit 11

LEVIN

**United States District Court**
**Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)**
**CRIMINAL DOCKET FOR CASE #: 1:03-cr-01107-2**

Case title: USA v. Shiue, et al

Date Filed: 11/20/2003
Date Terminated: 10/09/2007

---

Assigned to: Hon. John W. Darrah

**Defendant**

**I-Hwa Shiue** (2)
*TERMINATED: 10/09/2007*

represented by **Christopher W Carmichael**
Holland & Knight LLC
131 South Dearborn Street
30th Floor
Chicago, IL 60603
(312) 263-3600
Email: christopher.carmichael@hklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Laura M. Stock**
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
(617)570-1701
Email: lstock@goodwinprocter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Joseph F Savage**
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1204
Email: jsavage@goodwinprocter.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Kevin J Cloherty**
Testa, Hurwitz & Thibeault
125 High Street
High Street Tower

Boston, MA 02110
(617) 248-7000
*TERMINATED: 03/22/2006*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:542.F ENTRY OF GOODS BY MEANS OF FALSE STATEMENTS AND 18:2 AID AND ABET (2) | It is the judgment of this court that the defendant is hereby placed on probation for a term of 5 years on count two of the indictment. Criminal monetary penalties. Schedule of payments. Forfeiture. Preliminary Order of Forfeiture. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:371.F CONSPIRACY TO DEFRAUD THE UNITED STATES AND 18:2 AID AND ABET (1) | Any remaining counts are dismissed. |
| 18:542.F ENTRY OF GOODS BY MEANS OF FALSE STATEMENTS AND 18:2 AID AND ABET (3-7) | Any remaining counts are dismissed. |
| 18:542.F ENTRY OF GOODS BY MEANS OF FALSE STATEMENTS AND 18:2 AID AND ABET (9-10) | Any remaining counts are dismissed. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**United States of America** represented by **Pretrial Services**

.
435-5545
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Probation Department**
.
408-5197
Email: Intake_Docket_ILNP@ilnp.uscourts.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Joseph King, Jr.**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: patrick.king@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Sean Layng**
United States Attorney's Office
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
*TERMINATED: 10/07/2004*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/20/2003 | 1 | INDICTMENT Counts filed against Shih-Ming Shiue (1) count(s) 1, 2-7, 8, 9-10, I-Hwa Shiue (2) count(s) 1, 2-7, 9-10 (emd) (Entered: 11/21/2003) |
| 11/20/2003 | 2 | MINUTE ORDER of 11/20/03 by Honorable Michael T. Mason as to Shih-Ming Shiue, I-Hwa Shiue : To set preliminary bail at $10,000.00 and that defendants be allowed to sign own recognizance bond as to both defendants. No notice (emd) (Entered: 11/21/2003) |
| 11/20/2003 | 3 | DESIGNATION SHEET FELONY Category 3 (emd) (Entered: 11/21/2003) |
| 11/24/2003 | 4 | ARRAIGNMENT NOTICE: Before Hon. John W. Darrah as to Shih-Ming Shiue, I-Hwa Shiue : Arraignment and plea set for 12/3/03 at 11:00am. Mailed notice (emd) (Entered: 11/24/2003) |
| 11/25/2003 | 5 | MINUTE ORDER of 11/25/03 by Hon. John W. Darrah as to Shih-Ming Shiue, I-Hwa Shiue : Arraignment and plea set for 12/3/03 is stricken and reset to 1/28/04 at 10:00 a.m. as to both defendants. Mailed notice (meg) (Entered: 11/26/2003) |
| | | |

| | | |
|---|---|---|
| 01/23/2004 | 6 | MINUTE ORDER of 1/23/04 by Hon. John W. Darrah as to Shih-Ming Shiue, I-Hwa Shiue : Arraignment and plea reset to 1/28/04 at 9:30 a.m. as to both defendants. Mailed notice (meg) (Entered: 01/26/2004) |
| 01/28/2004 | 7 | MINUTE ORDER of 1/28/04 by Hon. John W. Darrah as to Shih-Ming Shiue, I-Hwa Shiue : Arraignment and plea held as to both defendants. Defendants Shih-Ming Shiue and I-Hwa Shiue waive formal reading of the indictment and enter a plea of not guilty to the indictment. Rule 16.1 (a) conference to be held by 2/4/04. Defendants' pretrial motions to be filed by 2/18/04. Hearing on pretrial motions is set for 4/8/04 at 10:00am. Defendants appearances are waived and they are granted leave to appear telephonically for the 4/8/04 hearing. Defendants are ordered released on a $500,000 secured bond. Enter Order Setting Conditions of Release. Mailed notice (emd) (Entered: 01/29/2004) |
| 01/28/2004 | 9 | ORDER by Hon. John W. Darrah setting conditions of release for I-Hwa Shiue in the amount of $500,000.00 (emd) (Entered: 01/29/2004) |
| 01/28/2004 | 11 | APPLICATION by I-Hwa Shiue for attorney Kevin J. Cloherty to appear pro hac vice (meg) (Entered: 02/04/2004) |
| 01/28/2004 | 12 | APPEARANCE of Attorney for Shih-Ming Shiue, I-Hwa Shiue by Geoffrey E. Hobart, Kevin L. Cloherty, Christopher W Carmichael (meg) (Entered: 02/04/2004) |
| 04/08/2004 | 13 | MINUTE ORDER of 4/8/04 by Hon. John W. Darrah as to Shih-Ming Shiue, I-Hwa Shiue : In-court hearing held. Status hearing set for 7/8/04 at 9:30 a.m. The defendants presence is waived and their attorneys are given leave to appear telephonically. The parties will be ready to schedule a trial or change of plea date at that time. Time is ordered excluded to 7/8/04 pursuant to 18:3161(h)(8)(A)(B). Mailed notice (meg) (Entered: 04/09/2004) |
| 07/01/2004 | 14 | MINUTE ORDER of 7/1/04 by Hon. John W. Darrah as to Shih-Ming Shiue, I-Hwa Shiue : Status hearing reset to 8/10/04 at 11:00 a.m. Time is ordered excluded to 8/10/04 pursuant to 18:3161(h)(8)(A)(B). Mailed notice (meg) (Entered: 07/02/2004) |
| 07/07/2004 | 15 | MINUTE ORDER of 7/7/04 by Hon. John W. Darrah as to Shih-Ming Shiue, I-Hwa Shiue : Status hearing is reset to 9/1/04 at 9:30 a.m. Time is ordered excluded to 9/1/04 pursuant to 18:3161(h)(8)(A)(B). Mailed notice (meg) (Entered: 07/08/2004) |
| 09/01/2004 | 16 | MINUTE ORDER of 9/1/04 by Hon. John W. Darrah as to Shih-Ming Shiue, I-Hwa Shiue : Status hearing held; continued to 9/15/04 at 9:30 a.m. Time is ordered excluded to 9/15/04 pursuant to 18:3161(h)(8)(A)(B). Mailed notice (meg) (Entered: 09/03/2004) |
| 09/15/2004 | 17 | MINUTE ORDER of 9/15/04 by Hon. John W. Darrah as to Shih-Ming Shiue, I-Hwa Shiue : Status hearing held; continued to 11/2/04 at 9:45 a.m. for scheduling for trial. Time is ordered excluded to 11/2/04 pursuant to 18:3161(h)(8)(A)(B). Mailed notice (meg) (Entered: 09/16/2004) |

| | | |
|---|---|---|
| 10/07/2004 | 18 | DESIGNATION OF ATTORNEY Patrick Joseph King Jr. as US Attorney (meg) (Entered: 10/12/2004) |
| 10/28/2004 | 19 | MINUTE ORDER of 10/28/04 by Hon. John W. Darrah as to Shih-Ming Shiue, I-Hwa Shiue : Status hearing set for 11/02 is reset to to 11/16/04 at 10:00 a.m. Time is ordered excluded to 11/16/04 pursuant to 18:3161(h)(8)(A)(B). Mailed notice (ar) (Entered: 10/29/2004) |
| 11/16/2004 | 20 | MINUTE ORDER of 11/16/04 by Hon. John W. Darrah as to Shih-Ming Shiue, I-Hwa Shiue : Status hearing held; continued to 12/16/04 at 9:45 a.m. The government advised the Court that this case is in the process of being transferred to Massachusetts. Time is ordered excluded to 12/16/04 pursuant to 18:3161(h)(8)(A)(B). Mailed notice (meg) (Entered: 11/17/2004) |
| 12/16/2004 | 21 | MINUTE ORDER of 12/16/04 by Hon. John W. Darrah as to Shih-Ming Shiue, I-Hwa Shiue : Status hearing held and continued to 1/26/05 at 9:30 a.m. The government advised the court that this case is in the process of being transferred to Massachusetts. Time is ordered excluded to 1/26/05 pursuant to 18:3161(h)(8)(A)(B). Mailed notice (las) (Entered: 12/17/2004) |
| 01/24/2005 | 23 | CONSENT to Transfer Jurisdiction (Rule 20) to District of Massachusetts Counts closed as to I-Hwa Shiue (2) Count 1,2-7,9-10. (meg, ) (Entered: 01/28/2005) |
| 01/28/2005 | 25 | CERTIFIED and Transmitted to District of Massachusetts the complete record consisting of Certified copies of Consent of Transfer Under Rule 20 Form, indictment, docket entries as to Shih-Ming Shiue, I-Hwa Shiue. Sent via certified mail receipt # 7002 2410 0005 2045 2239. (meg, ) (Entered: 01/28/2005) |
| 02/03/2005 | 26 | RETURN RECEIPT signed 1/31/05, receipt 7002 2410 0005 2045 27 (amb, ) (Entered: 02/15/2005) |
| 02/10/2005 | 27 | LETTER acknowledging receipt of Rule 20 documents received in Springfield, MA on 2/1/05 as to Shih-Ming Shiue, I-Hwa Shiue (emd, ) (Entered: 02/15/2005) |
| 01/31/2006 | 28 | RETURN of Rule 20 from District of Massachussetts, Boston as to defendant I-Hwa Shiue for Failure to Plead. Documents received consist of: transmittal letter and certified copies of indictment and docket entries. (Redacted Image.) (kmt, ) (Entered: 02/01/2006) |
| 03/09/2006 | 29 | MINUTE entry before Judge John W. Darrah as to I-Hwa Shiue: Status hearing set for 3/23/06 at 9:00 a.m. In the interests of justice, time is ordered excluded from 1/31/06 to 3/23/06 pursuant to 18:3161(h)(8)(A)(B). Mailed notice (las, ) (Entered: 03/10/2006) |
| 03/16/2006 | 30 | MOTION by I-Hwa Shiue to substitute attorney *Kevin J. Cloherty for Joseph F. Savage, Jr. and Laura Stock*, MOTION as to I-Hwa Shiue to withdraw as attorney *for I-Hwa Shiue* Kevin J. Cloherty (Carmichael, Christopher) (Entered: 03/16/2006) |
| | | |

| | | |
|---|---|---|
| 03/16/2006 | 31 | NOTICE of Motion by Christopher W Carmichael for presentment of motion to substitute attorney, motion to withdraw as attorney30 before Honorable John W. Darrah on 3/22/2006 at 09:00 AM. (Carmichael, Christopher) (Entered: 03/16/2006) |
| 03/21/2006 | 32 | MINUTE entry before Judge John W. Darrah as to I-Hwa Shiue : Status hearing set for 3/23/06 at 9:00 a.m. is re-set to 3/22/2006 at 9:00 A.M. Telephoned notice (las, ) (Entered: 03/22/2006) |
| 03/21/2006 | 35 | APPLICATION by Laura M. Stock for leave to appear pro hac vice for I-Hwa Shiue (las, ) . (Entered: 03/23/2006) |
| 03/21/2006 | 36 | APPLICATION by Joseph F. Savage, Jr. for leave to appear pro hac vice for I-Hwa Shiue (las, ) (Entered: 03/23/2006) |
| 03/22/2006 | 33 | ATTORNEY Appearance for defendant I-Hwa Shiue by Christopher W Carmichael *(appearance of Joseph F. Savage, Jr.)* (Carmichael, Christopher) (Entered: 03/22/2006) |
| 03/22/2006 | 34 | ATTORNEY Appearance for defendant I-Hwa Shiue by Christopher W Carmichael *(appearance of Laura M. Stock)* (Carmichael, Christopher) (Entered: 03/22/2006) |
| 03/22/2006 | 37 | MINUTE entry before Judge John W. Darrah as to I-Hwa Shiue: Defendant's motion to withdraw Kevin Clohherty and Testa, Hurwitz & Thibeault, LLP and substitute Laura M. Stock and Joseph F. Savage is granted 30. Change of plea hearing set for 4/19/06 at 1:00 p.m. In the interests of justice, time is ordered excluded to 4/19/06 pursuant to 18:3161(h)(8)(A)(B). Mailed notice (las, ) (Entered: 03/23/2006) |
| 04/17/2006 | 38 | MINUTE entry before Judge John W. Darrah as to I-Hwa Shiue: Change of plea hearing set for 4/19/06 at 1:00 p.m. is re-set to 4/19/06 at 9:30 a.m. Mailed notice (las, ) (Entered: 04/18/2006) |
| 04/19/2006 | 39 | MINUTE entry before Judge John W. Darrah as to I-Hwa Shiue: Change of plea hearing held. Defendant enters a plea of guilty to count two of the indictment. Judgment of guilty entered. Enter plea agreement. Cause is referred to the probation office for a presentence report. Sentencing set for 9/6/06 at 10:00 a.m. Bond to stand. Mailed notice (las, ) (Entered: 04/21/2006) |
| 04/19/2006 | 40 | PLEA Agreement as to I-Hwa Shiue (las, ) (Entered: 04/21/2006) |
| 08/28/2006 | 41 | MINUTE entry before Judge John W. Darrah as to I-Hwa Shiue: Sentencing set for 9/6/06 is re-set to 12/5/06 is re-set to at 9:45 a.m. Mailed notice (las, ) (Entered: 08/29/2006) |
| 11/27/2006 | 42 | MINUTE entry before Judge John W. Darrah as to I-Hwa Shiue: Sentencing set for 12/5/06 is re-set to 3/28/07 at 1:00 p.m. Mailed notice (yap, ) (Entered: 11/28/2006) |
| 03/20/2007 | 43 | MINUTE entry before Judge John W. Darrah as to defendant I-Hwa Shiue: Sentencing set for 3/28/07 is re-set to 4/18/07 at 12:45 p.m. Mailed notice (las, ) (Entered: 03/21/2007) |

Case 1:03-cv-02800-VJW Document 97-14 Filed 03/21/2008 Page 8 of 9

| | | |
|---|---|---|
| 04/10/2007 | 44 | MINUTE entry before Judge John W. Darrah as to I_Hwa Shiue: Sentencing set for 4/18/07 is re-set to 6/27/07 at 12:45 p.m.Mailed notice (yap, ) (Entered: 04/10/2007) |
| 06/20/2007 | 45 | SENTENCING MEMORANDUM as to I-Hwa Shiue (Attachments: # 1 Exhibit Exhibits A, B, C, D, E, F, G, and H)(Carmichael, Christopher) (Entered: 06/20/2007) |
| 06/21/2007 | 46 | MINUTE entry before Judge John W. Darrah as to I-Hwa Shiue: Sentencing set for 6/27/07 is re-set to 9/27/07 at 1:00 p.m. Mailed notice (las, ) (Entered: 06/22/2007) |
| 09/11/2007 | 47 | MINUTE entry before Judge John W. Darrah as to I-Hwa Shiue: Sentencing set for 9/27/07 is re-set to 10/9/07 at 12:45 p.m. as to defendant I-Hwa Shiue. Mailed notice (las, ) (Entered: 09/12/2007) |
| 10/02/2007 | 48 | SENTENCING MEMORANDUM as to I-Hwa Shiue (Attachments: # 1 Exhibit A-H)(Carmichael, Christopher) (Entered: 10/02/2007) |
| 10/09/2007 | 49 | MINUTE entry before Judge John W. Darrah as to I-Hwa Shiue: Defendant is granted leave to file in camera documents under seal as to defendant I-Hwa Shiue. (las, ) (Entered: 10/10/2007) |
| 10/09/2007 | 51 | JUDGMENT (Sentencing Order) as to I-Hwa Shiue (2), Count(s) 1, 3-7, 9-10, Any remaining counts are dismissed.; Count(s) 2, It is the judgment of this court that the defendant is hereby placed on probation for a term of 5 years on count two of the indictment. Criminal monetary penalties. Schedule of payments. Forfeiture. Preliminary Order of Forfeiture., I-Hwa Shiue terminated. Signed by Judge John W. Darrah on 10/17/07. Mailed notice (emd, ) (Entered: 10/19/2007) |
| 10/10/2007 | 50 | SUPPLEMENTAL position paper as to sentencing factors as to I-Hwa Shiue (Document not scanned) (Restricted) (las, ) (Entered: 10/11/2007) |
| 10/19/2007 | | JUDGMENT and Commitment as to I-Hwa Shiue issued to U.S. Marshal (emd, ) (Entered: 10/19/2007) |
| 01/25/2008 | 52 | MOTION by I-Hwa Shiue for return of property *(quitclaim deed held by clerk)* (Attachments: # 1 Exhibit A)(Carmichael, Christopher) (Entered: 01/25/2008) |
| 01/25/2008 | 53 | NOTICE of Motion by Christopher W Carmichael for presentment of motion for return of property52 before Honorable John W. Darrah on 1/31/2008 at 09:00 AM. (Carmichael, Christopher) (Entered: 01/25/2008) |
| 01/31/2008 | 54 | MINUTE entry before Judge John W. Darrah as to I-Hwa Shiue : Motion by defendant I-Hwa Shiue for return of property (quitclaim deed held by clerk) is granted 52. Enter order. Mailed notice (las, ) (Entered: 02/04/2008) |
| 01/31/2008 | 55 | ORDER Terminating Encumbrance & Releasing Quitclaim Deed as to I-Hwa Shiue Signed by Judge John W. Darrah on 1/31/08. (las, ) (Entered: 02/04/2008) |
| | | |

| | | |
|---|---|---|
| 02/04/2008 | 56 | RETURN of notice of forfeiture/preliminary order of forfeiture executed on 11/19/07 as to Funds in the amount of $575,000 c/o U.S. Bureau of Customs and Border Protection (las, ) (Entered: 02/06/2008) |
| 02/04/2008 | 57 | RETURN of notice of forfeiture/preliminary order of forfeiture executed on 11/19/07 as to Joseph Savage, Esq. (las, ) (Entered: 02/06/2008) |
| 02/04/2008 | 58 | RETURN of Publication executed on 11/26/07 as to U.S. Customs and Border Protection (Poor quality original- paper document on file). (las, ) (Entered: 02/06/2008) |
| 02/22/2008 | 59 | MOTION by United States of America for final order of forfeiture as to I-Hwa Shiue (Exhibit) (Poor quality original-Paper document on file) (las, ) (Entered: 02/28/2008) |
| 02/25/2008 | 60 | MINUTE entry before Judge John W. Darrah as to I-Hwa Shiue : Government's motion for entry of a final order of forfeiture is granted 59. Enter final order of forfeiture. Mailed notice (las, ) (Entered: 02/28/2008) |
| 02/25/2008 | 61 | FINAL Order of Forfeiture as to I-Hwa Shiue Signed by Judge John W. Darrah on 2/25/08. (las, ) (Entered: 02/28/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/07/2008 12:24:36 | | | |
| **PACER Login:** | wc0022 | **Client Code:** | 1208438-0002-4650 |
| **Description:** | Docket Report | **Search Criteria:** | 1:03-cr-01107 |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |