# Exhibit 13

| Spreadsheet Attached To Hagans Declaration | | Corresponds To | Entries Identified In Sentencing Memoranda Of I-Hwa Shiue And Shih-Ming Shiue |
| --- | --- | --- | --- |
| Count | Entry No. | | Line |
| 9 | 27401089977 | | # 311 |
| 15 | DO201520569 | | # 290 |
| 16 | DO201526293 | | # 299 |
| 17 | DO201522904 | | # 296 |
| 70 | DO201535831 | | # 315 |
| 71 | DO201535849 | | # 316 |
| 72 | DO201535468 | | # 312 |
| 73 | DO201532127 | | # 309 |
| 76 | 00480094853 | | # 269 |
| 79 | DO201488411 | | # 295 |
| 80 | DO201488437 | | # 296 |
| 81 | DO201489310 | | # 297 |
| 82 | AL840104403 | | # 239 |
| 84 | FY400016744 | | # 243 |