IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WHITE & CASE LLP, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2800C (Judge Wolski) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests an enlargement of time of 14 days, to and including August 14, 2008, within which to file supplemental briefs in response to the Court's July 17, 2008 order. Defendant does not request an enlargement of time to file responses to the parties' respective briefs, but the requested enlargement would result in such responses being due on August 25, 2008. Plaintiff does not oppose this motion.

This enlargement is necessary because the agency is still in the process of gathering information necessary to answer the questions posed by the Court's order. Specifically, the Court defined a term "case" in its order, and the agency is in the process of determining which "cases," if any, consist of fully-liquidated claims. To make this determination, it is necessary for the agency to determine the status of all of the "cases" as defined in the Court's order. The remaining questions contained in the Court's order also encompass a broad array of legal and factual issues that will require significant research. Because counsel currently does not possess the information necessary to respond to the Court's order, counsel will not be able to prepare an appropriate response to the complaint by July 31, 2008. Counsel believes that the requested enlargement of 14 days will allow sufficient time for the agency to complete its efforts to gather the necessary information and for counsel to prepare an appropriate response to the order,

including the necessary consultation with the agency and the required internal supervisory review.

For these reasons, we respectfully request that the Court grant our motion for an enlargement of time of 14 days.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

s/Sean M. Dunn
SEAN M. DUNN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 616-0338
Fax: (202) 353-7988

Attorneys for Defendant

July 24, 2008

**CERTIFICATE OF FILING**

I hereby certify that on this 24th day of July, 2008, a copy of the foregoing "Defendant's Motion For An Enlargment of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Sean M. Dunn