# In the United States Court of Federal Claims

No. 03-2800C
(Filed July 25, 2008)

* * * * * * * * * * * * * * * * * * * * * * *

**WHITE & CASE LLP**,

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The defendant's unopposed motion for an enlargement of time of fourteen days for the parties to file their supplemental briefs (which were originally scheduled to be filed July 31, 2008) is **GRANTED**. The parties' supplemental briefs are due on or by **August 14, 2008**. The response briefs, previously due on August 11, 2008, are now due on or by **August 25, 2008**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge