IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WHITE & CASE LLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2800C |
| | ) | (Judge Wolski) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests an enlargement of time of 4 days, to and including August 29, 2008, within which to file supplemental response briefs in response to the Court's July 17, 2008 order. Although defendant requested an additional 14 days to file its initial supplemental brief, this is the first request for additional time relating to its response brief. Plaintiff does not oppose this motion.

This enlargement is necessary because agency counsel has been traveling on official government business and has been unable to provide input with respect to the response brief. Additionally the Assistant Director reviewing this case within the Department of Justice is out of the office until August 26, 2008 on vacation. Counsel believes that the requested enlargement of 4 days will allow sufficient time for the necessary consultation with the agency and the required internal supervisory review.

For these reasons, we respectfully request that the Court grant our motion for an enlargement of time of 4 days.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

s/Sean M. Dunn
SEAN M. DUNN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 616-0338
Fax: (202) 353-7988

Attorneys for Defendant

August 20, 2008

**CERTIFICATE OF FILING**

I hereby certify that on this 20th day of August, 2008, a copy of the foregoing "Defendant's Motion For An Enlargment of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Sean M. Dunn