# In the United States Court of Federal Claims

No. 03-2800C
(Filed August 21, 2008)

* * * * * * * * * * * * * * * * * * * * * * *
*
**WHITE & CASE LLP**, *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The defendant's unopposed motion for an enlargement of time of four days for the parties to file their supplemental response briefs is **GRANTED**. The parties' supplemental briefs are due on or by **August 29, 2008**.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge